Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 18-32265-tmb11 |
| ASPEN LAKES GOLF COURSE, L.L.C., | Chapter 11 |
| Debtor. | **INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION LIENS** |

Before the Court is the *Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Granting Adequate Protection,* dated June 27, 2018 (the "*Motion*") [Dkt. No. 9],[1] filed by the above-captioned Debtor. The Court has considered the Motion, the *Declaration of Matt Cyrus in Support of First Day Pleadings* [Dkt. No. 5], the pleadings, evidence, and arguments of counsel presented to the Court, the records and files of this case, and good cause appearing therefor,

---

[1] Capitalized terms not otherwise defined in this Order are used as defined in the Motion.

140390621.1  -1-  Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection Liens

**The Court finds and concludes that:**

    a.    This Court has jurisdiction over this chapter 11 case under 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2).

    b.    Notice of the Motion has been given by e-mail, fax, and/or overnight delivery to the following parties: (a) Lender; (b) the U.S. Trustee; (c) the Internal Revenue Service (the "IRS"), and (d) the Debtor's top twenty unsecured creditors. In light of the nature of the relief requested and Bankruptcy Rule 4001(b)(3), no further notice need be given at this time.

    c.    The Debtor has an immediate need for funds in this chapter 11 case in order to pay operating expenses, continue operations, and maintain and preserve its business for the benefit of the estate and its creditors. Without the Court's immediate and ongoing authorization to use cash collateral, the Debtor's existing and future business operations will be jeopardized, resulting in immediate and irreparable harm to the Debtor, the bankruptcy estate, and its creditors.

    d.    The Debtor shall use Lender's cash collateral only in accordance with the Budget attached to this Order as **<u>Exhibit A</u>**, which Budget reflects expenses that are ordinary, customary, and consistent with the Debtor's prepetition operations in all material respects other than addition of anticipated expenses of Chapter 11 such as professional fees and U.S. Trustee fees. Nonetheless, it is conceivable that the Debtor's use of some or all of its cash collateral may result in the diminution in value of Lender's interests in the cash collateral, entitling Lender to adequate protection under Bankruptcy Code §363(e).

    e.    Notice of the Application was adequate under the circumstances.

**In light of the foregoing, IT IS ORDERED that:**

1.    The Motion is granted on an interim basis.

2.    The Debtor is authorized to use cash collateral on an interim basis, pending a final hearing on the Motion, in an aggregate amount not to exceed $295,222. All expenditures of cash collateral in any amount during the chapter 11 case must conform to the Budget attached to this

Order as **Exhibit A**, provided that cumulative expenditures may exceed the Budget by up to ten percent (10%) in any budget category but no aggregate variance shall be allowed.

3. The Debtor's right to use Cash Collateral shall extend to and automatically terminate at 11:59 p.m. on July 31, 2018, unless further extended by order of the Court.

4. Nothing in the Motion or this Order shall enhance or improve the position of secured creditors as of the petition date, or affect the right of the Debtor or any other party in interest, including without limitation any official committee, to challenge the extent, avoidability, or perfection of any of Lender's security interests.

5. As adequate protection, the IRS and the Lender each separately are granted (effective and perfected upon the Petition Date, as applicable, and without the necessity of the execution by the Debtor of security agreements, pledge agreements, financing statements or other agreements) valid, perfected replacement security interests in and liens (the "***Adequate Protection Liens***") upon the Debtor's prepetition and postpetition real and personal property of the nature and in the categories of collateral in which the IRS and Lender, separately, had valid, perfected, nonavoidable security interest as of immediately preceding the filing of the petitions herein. For the avoidance of doubt, nothing herein shall constitute a grant of a security interest in any causes of action under Chapter 5 of the Bankruptcy Code.

6. The Adequate Protection Liens will secure, respectively, all of the IRS's and Lender's claims in amounts equal to the aggregate diminution in value of the IRS's and Lender's prepetition collateral resulting from the postpetition sale, lease, or use by the Debtor and imposition of the automatic stay under § 362.

7. A final hearing on the Motion will be held before this Court on August 1, 2018 at 9:30 a.m. No later than July 18, 2018, the Debtor shall file an updated and expanded Budget through at least October 31, 2018, along with any additional supporting papers and pleadings. Any objections to the Motion, as supplemented by such updated Budget and other filings, must be filed by July 25, 2018.

###

Presented By:

PERKINS COIE LLP

By: */s/ Douglas Pahl*
Douglas Pahl OR Bar No. 950476
Amir Gamliel Cal. Bar No. 268121

Proposed Attorneys for Debtor and Debtor-in-Possession

**RULE 9021-1(a) CERTIFICATION**

I certify that I have complied with the requirements of LBR 9021-1(a); the UST does not object to the form of the proposed order.

*/s/ Douglas Pahl*
  Douglas Pahl OR Bar No. 950476

140390621.1 -4- Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection Liens

Case 18-32265-tmb11    Doc 36    Filed 07/09/18

**EXHIBIT A**

**BUDGET**

See attached.

# Aspen Lakes Golf Course, Aspen Inv, Wildhorse Meadows

Weekly Cash Flow Forecast (CFF)

| | Data Type | Source | Actual | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|
| | Weeks Beginning - Mondays | | 06/25/18 | 07/02/18 | 07/09/18 | 07/16/18 | 07/23/18 | 07/30/18 |
| | Weeks Ending - Sundays | | 07/01/18 | 07/08/18 | 07/15/18 | 07/22/18 | 07/29/18 | 08/05/18 |
| | Week | | 26 | 27 | 28 | 29 | 30 | 31 |
| | Month | | 6 | 7 | 7 | 7 | 7 | 7 |
| | **Ledger Blances per G/L - Beg of Week** | A1.1 | 5,000 | 65,474 | 106,592 | 85,382 | 130,172 | 108,782 |
| | **RECEIPTS (C/R) - SOURCES** | | | | | | | |
| r1 | Golf Course Receipts | S1.1 | | 45,990 | 40,230 | 48,330 | 43,020 | 43,290 |
| r2 | Restaurant Receipts | S1.1 | | 17,280 | 13,590 | 21,420 | 14,760 | 14,760 |
| r3 | Event Receipts | S1.1 | | 14,580 | 12,330 | 8,820 | 16,560 | 8,100 |
| r4 | Misc Receipts | | | - | - | - | - | - |
| r5 | Other Cash Receipts (if any) | | | - | - | - | - | - |
| | **Total Cash Receipts** | | | **77,850** | **66,150** | **78,570** | **74,340** | **66,150** |
| | **DISBURSEMENTS (C/D) - USES** | | | | | | | |
| | *Golf Course Operations* | | | | | | | |
| d1 | Advertising | S1.1 | | 1,920 | 910 | - | 1,750 | 680 |
| d2 | Repairs/Maint/Supplies/COGS | S1.1 | | 1,620 | 350 | 260 | 1,210 | 3,380 |
| d3 | Utils/Fuel/Chemicals | S1.1 | | 7,770 | 30 | - | 6,310 | 4,550 |
| d4 | Other - Golf | S1.1 | | 1,560 | 140 | 250 | 740 | 4,630 |
| | Subtotal Golf Course Operations | | | 12,870 | 1,430 | 510 | 10,010 | 13,240 |
| | *Restaurant & Events (F&B)* | | | | | | | |
| d5 | F&B COGS | S1.1 | | 10,350 | 3,150 | 1,760 | 16,840 | 7,640 |
| d6 | Advertising | S1.1 | | - | - | - | - | 680 |
| d7 | Repairs/Maint/Supplies | S1.1 | | 460 | - | 760 | 1,030 | 860 |
| d8 | Other - F&B | S1.1 | | 2,120 | 950 | 4,800 | 3,180 | 4,200 |
| | Subtotal Restaurant & Events (F&B) | | | 12,930 | 4,100 | 7,320 | 21,050 | 13,380 |
| | *Admin* | | | | | | | |
| d10 | Payroll | S1.1 | | 9,742 | 61,770 | - | 51,540 | 8,640 |
| d11 | Insurance | S1.1 | | - | - | - | 8,820 | 5,520 |
| d12 | US Trustee Fee (accrual) | U1.1 | | 380 | 380 | 380 | 380 | 380 |
| d13 | CAPEX & One-time expenditures * | U1.1 | | - | 18,000 | 25,570 | 3,000 | - |
| d14 | Other - Admin | S1.1 | | 810 | 1,680 | - | 930 | 460 |
| | Subtotal Admin | | | 10,932 | 81,830 | 25,950 | 64,670 | 15,000 |
| | **Total Cash Disbursements** | | | **36,732** | **87,360** | **33,780** | **95,730** | **41,620** |
| | **Net Cash Flow** | | 60,474 | 41,118 | (21,210) | 44,790 | (21,390) | 24,530 |
| | **Ending cash balance (reconciled to G/L accts)** | | **65,474** | **106,592** | **85,382** | **130,172** | **108,782** | **133,312** |

\* Includes but is not limited to: HVAC unit ($20,000), POS Software upgrade ($18,000), Repairs to golf carts ($8,570).