Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OFOREGON

| | |
|---|---|
| In re<br><br>ASPEN LAKES GOLF COURSE, L.L.C.,[1]<br><br>    Debtor.<br>In re<br><br>ASPEN INVESTMENTS, L.L.C.,<br><br>    Debtor.<br>In re<br><br>WILDHORSE MEADOWS, LLC,<br><br>    Debtor. | Case No. 18-32265-tmb11<br><br><br><br>Case No. 18-32266-tmb11<br><br><br><br>Case No. 18-32267-tmb11<br><br><br><br>**ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(B)** |

This MATTER having come before the Court upon *Debtors' Motion Pursuant to Fed. R. Bankr. P. 1015(B) for Order Directing Joint Administration of Related Chapter 11 Cases* (the "***Motion***") filed herein by the above-captioned Debtors (the "**Debtors**"); it appearing that this Court has jurisdiction over the matter pursuant to 28 U.S.C. § 157(b)(2); this Court having determined

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aspen Lakes Golf Course, L.L.C. (4205); Aspen Investments, L.L.C. (8501); and Wildhorse Meadows, LLC (1413).

140376603.4  -1-  Order Directing Joint Administration of Debtors' Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b)

that the relief requested is warranted and in the best interest of the Debtors, their respective estates, their creditors and other parties in interest; it appearing that no further notice of the Motion is necessary under the particular circumstances, and that good and sufficient cause appears therefore; accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The following chapter 11 cases be and hereby are procedurally consolidated and shall be jointly administered by this Court:

*In re Aspen Lakes Golf Course, L.L.C.*, Case No. 18-32265-tmb11

*In re Aspen Investments, L.L.C.*, Case No. 18-32266-tmb11

*In re Wildhorse Meadows, LLC*, Case No. 18-32267-tmb11

2. All pleadings, orders and other papers (OTHER THAN PROOFS OF CLAIM, OBJECTIONS TO CLAIMS, SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND LISTS OF EQUITY SECURITY HOLDERS, IF APPLICABLE) shall be captioned as follows to reflect that the cases are joint administered under the lead case, *Aspen Lakes Golf Course, L.L.C.*, *Aspen Investments, L.L.C.*; *and Wildhorse Meadows, LLC*:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| ASPEN LAKES GOLF COURSE, L.L.C.; | 18-32265-tmb11 (Lead Case) |
| ASPEN INVESTMENTS, L.L.C.; and | 18-32266-tmb11 |
| WILDHORSE MEADOWS, LLC | 18-32267-tmb11 |
| Debtors.[1] | Jointly Administered Under Case No. 18-32265-tmb11 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aspen Lakes Golf Course, L.L.C. (4205); Aspen Investments, L.L.C. (8501); and Wildhorse Meadows, LLC (1413).

3. A docket entry shall be made in each of the above-captioned cases substantially as follows:

140376603.4 -2- Order Directing Joint Administration of Debtors' Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b)

Case 18-32265-tmb11    Doc 53    Filed 07/19/18

An order has been entered directing the joint administration of *In re Aspen Lakes Golf Course, L.L.C.* (Lead Case No. 18-32265-tmb11); *In re Aspen Investments, L.L.C.* (Case No. 18-32266-tmb11; and *In re Wildhorse Meadows,* LLC (Case No. 18-32267-tmb11) in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers in any of the cases **(OTHER THAN PROOFS OF CLAIM, OBJECTIONS TO CLAIMS, SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND LISTS OF EQUITY SECURITY HOLDERS, IF APPLICABLE)** shall be filed in, and all further docket entries shall be made in, Case No. 18-32265-tmb11. The docket in *In re Aspen Lakes Golf Course, L.L.C.* should be consulted for all matters affecting these chapter 11 proceedings.

4. The primary docket for the jointly administered cases shall be maintained under the case number assigned to *Aspen Lakes Golf Course, L.L.C.* Except as specified in paragraphs 5 through 9 below, all pleadings, orders and other papers shall be filed under that case number using the caption reflected above;

5. Counsel for the Debtors shall prepare and maintain one "Consolidated Service List" which reflects all primary parties in interest of all Debtors for routine service of pleadings, and shall prepare and maintain a separate "Master Service List" for each Debtor that further meets the requirements of any order the Court may enter in these cases regarding limitation of notice (the "Master Service List" is also known as the Creditor Mailing List" or "Matrix" which is of record for each of the Debtor's cases individually);

6. Debtors shall file separate Schedules of Assets and Liabilities, Statement of Financial Affairs, and Lists of Equity Security Holders, if applicable, in each case;

7. Notwithstanding the foregoing, all creditors must observe the following:

**PROCEDURE FOR FILING PROOFS OF CLAIM**

**Proofs of claim or interests filed by creditors of any Debtor shall reflect only the cases name and case number of the Debtor to which the claim or interest relates and shall be filed in the case to which such claim or interest relates.**

**Separate claims registers shall be maintained for each Debtor.**

8. The Debtors will file separate Financial Reports in the form(s) requested by the United States Trustee;

140376603.4 -3- Order Directing Joint Administration of Debtors' Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b)

Case 18-32265-tmb11    Doc 53    Filed 07/19/18

9. Counsel for the Debtors shall provide Notice of the Order to all creditors and file a Certificate of Service with the Court.

10. Plans and disclosure statements for the cases may be filed and resolved jointly; and

11. The Joint Administration Order may be reconsidered by the Court at any time upon its Motion or that of any part in interest.

12. IT IS FURTHER ORDERED that nothing in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of the above-captioned cases.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).:

PERKINS COIE LLP

By: */s/ Douglas Pahl* _____
Douglas Pahl
Amir Gamliel

Proposed Attorneys for Debtors and Debtors-in-Possession

July 17, 2018

140376603.4 -4- Order Directing Joint Administration of Debtors' Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b)

Case 18-32265-tmb11    Doc 53    Filed 07/19/18