☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .......................................................

    | | |
    |---|---|
    | $ | 435,312.00 |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ....................................................

    | | |
    |---|---|
    | $ | 690,003.12 |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ......................................................

    | | |
    |---|---|
    | $ | 1,125,315.12 |

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................

    | | |
    |---|---|
    | $ | 4,906,266.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................

    | | |
    |---|---|
    | $ | 79,386.26 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*....................................

    | | | |
    |---|---|---|
    | + | $ | 1,985,849.41 |

4. **Total liabilities**................................................................................................................................
    Lines 2 + 3a + 3b

    | | |
    |---|---|
    | $ | 6,971,501.67 |

**Fill in this information to identify the case:**

Debtor name    Aspen Lakes Golf Course, L.L.C.

United States Bankruptcy Court for the:   District of Oregon

Case number (If known):   18-32265

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**     $ 3,336.59

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Interstate Bank | Checking | 1620 | $ -42,324.52 |
| 3.2. | First Interstate Bank | Money Market Account | 7997 | $ 45,730.41 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____    $ _____
4.2. _____    $ _____

5. **Total of Part 1**     $ 6,742.48

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1. _____    $ _____
7.2. _____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.       $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    5,514.09 − 0.00 = ....➔    $ 5,514.09

       face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    10,449.88 − 7,296.08 = ....➔    $ 3,153.80

       face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $ 8,667.89

## Part 4:   Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:           % of ownership:

15.1._____ _____% _____ $_____

15.2._____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $_____

16.2._____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.       $_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Food & Beverage <br> MM / DD / YYYY | | $ 17,028.31 | Book value | $ 17,028.31 |
| 20. **Work in progress** <br> MM / DD / YYYY | | $ | | $ |
| 21. **Finished goods, including goods held for resale** <br> Golf Shop <br> MM / DD / YYYY | | $ 31,232.44 | Book value | $ 31,232.44 |
| 22. **Other inventory or supplies** <br> MM / DD / YYYY | | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 48,260.75

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value _____ $17,028.31 _____ Valuation method _Book value_ _____ Current value _____ $17,028.31

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture | $_____ | Book value | $_____ 0.00 |
| 40. **Office fixtures** | | | |
| Fixtures | $_____ | Book value | $_____ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Equipment | $_____ 0.00 | Book value | $_____ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 1986 Ford Ranger 1FTCR11T6GUA95510 | $ 0.00 | Book value | $ 0.00 |
| 47.2 2000 Cargo Trailer 4HXRC202X1C029498 | $ 0.00 | Book value | $ 0.00 |
| 47.3 2000 Chevrolet S10 Pickup 1GDT14WXYB30039 | $ 0.00 | Book value | $ 0.00 |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Golf and restaurant equipment | $ 625,332.00 | | $ 625,332.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 625,332.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Golf course improvements | Owner | $ 435,312.00 | Book value | $ 435,312.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$ 435,312.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| | $ | | $ |
| **61. Internet domain names and websites**<br>Website | $ | Estimate | $ 1,000.00 |
| **62. Licenses, franchises, and royalties** | | | |
| | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| | $ | | $ |
| **64. Other intangibles, or intellectual property**<br>Software | $ 15,453.00 | Estimate | $ 0.00 |
| **65. Goodwill** | | | |
| | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 1,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No. Go to Part 12.

   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ − _____ = → $_____
                                    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____   $_____

   Nature of claim    _____

   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $_____

   Nature of claim    _____

   Amount requested    $_____

76. **Trusts, equitable or future interests in property**

   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   _____   $_____
   _____   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number *(if known)* | 18-32265 |
| | Name | | |

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,742.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 8,667.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 48,260.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 625,332.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................➜ | | $ 435,312.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ..............91a. | $ 690,003.12 ✚ 91b. | $ 435,312.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................ | | $ 1,125,315.12 |

Debtor name __Aspen Lakes Golf Course, L.L.C.__

United States Bankruptcy Court for the: __District of Oregon__

Case number (If known): __18-32265__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name**

GT Capital

**Creditor's mailing address**
101 N Main Ave
Suite 325
Sioux Falls, SD 57104

**Creditor's email address, if known**

**Date debt was incurred** __2/27/2006__

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Golf course improvements - 16900 Aspen Lakes Dr, Sisters OR 97759

$ 4,901,141.00    $ 1,060,644.00

**Describe the lien**
Other

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**

John Deere Financial

**Creditor's mailing address**
PO Box 6600
Johnston, IA 50131-6600

**Creditor's email address, if known**

**Date debt was incurred** __4/1/2016__

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
8800 Terraincut Mower

$ 5,125.00    $ 10,000.00

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 4,906,266.00

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

Anderson, Maddison M
1121 E Timber Pine Drive
Sisters, OR 97759

**As of the petition filing date, the claim is:** $ 60.17    $ 60.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.2**   Priority creditor's name and mailing address

Berg, Jack E
PO Box 1030
Sisters, OR 97759

**As of the petition filing date, the claim is:** $ 59.97    $ 59.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.3**   Priority creditor's name and mailing address

Boxwell, Jackson C
349 S. Pine St
Sisters, OR 97759

**As of the petition filing date, the claim is:** $ 169.02    $ 169.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (if known) 18-32265 |
|---|---|---|
| | Name | |

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

Carmack, Cody R
65235 76th
Bend, OR 97701

$ 532.10    $ 532.10

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

Chamberlin, Diana
14590 Mountain View Loop
Sisters, OR 97759

$ 277.20    $ 277.20

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

Cyrus, Alexander B.
17430 Hwy 126
Sisters, OR 97759

$ 16.30    $ 16.30

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address

Cyrus, Kelly K.
16925 Green Drake Court
Sisters, OR 97759

$ 1,953.63    $ 1,953.63

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 1.    Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.** | Total claim | Priority amount

| | | |
|---|---|---|

2.8    Priority creditor's name and mailing address

Cyrus, William
16925 Green Drake Court
Sisters, OR 97759

$ 5.02    $ 5.02

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.9    Priority creditor's name and mailing address

Daley, Alexandria M
1015 NW Roanoke Av. Apt 8
Bend, OR 97703

$ 274.12    $ 274.12

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.10    Priority creditor's name and mailing address

Eagan, Bradley E
15945 Pilot Drive
Sisters, OR 97759

$ 196.49    $ 196.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.11    Priority creditor's name and mailing address

Ferwalt, Ethan W
PO Box 1883
Sisters, OR 97759

$ 212.07    $ 212.07

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (if known) 18-32265 |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

Fowler, Brian G.
418 SE Airpark Dr.
Bend, OR 97701

As of the petition filing date, the claim is: $ 936.36    $ 936.36
Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.13** Priority creditor's name and mailing address

Garland, Derek
1557 SW 25th St
Redmond, OR 97756

As of the petition filing date, the claim is: $ 1,386.00    $ 1,386.00
Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.14** Priority creditor's name and mailing address

Goodwin, Colton J.
69889 Meadow View Road
Sisters, OR 97759

As of the petition filing date, the claim is: $ 86.72    $ 86.72
Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.15** Priority creditor's name and mailing address

Green, Sage T.G.
180 NW 27th Ct
Redmond, OR 97756

As of the petition filing date, the claim is: $ 374.90    $ 374.90
Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

---

**2.16**     Priority creditor's name and mailing address

Greener, Joel E
480 NW 16th Place
Redmond, OR 97756

$ 191.24     $ 191.24

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.17**     Priority creditor's name and mailing address

Hall, William
19329 Indian Summer Road
Bend, OR 97702

$ 323.40     $ 323.40

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.18**     Priority creditor's name and mailing address

Hawes, Colby A
224 SE 5th
Redmond, OR 97756

$ 330.21     $ 330.21

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.19**     Priority creditor's name and mailing address

Head, Sydner
69350 Greenridge Loop
Sisters, OR 97759

$ 18.35     $ 18.35

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (if known) | 18-32265 |
|---|---|---|---|
| | Name | | |

## Part 1:  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.20**    Priority creditor's name and mailing address

Helm, Brandon
17374 County Rd 9
Richmond, MN 56368

$ _____ 41.16    $ _____ 41.16

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.21**    Priority creditor's name and mailing address

Hills, Benjamin
17278 Kent Rd
Sisters, OR 97759

$ _____ 2.67    $ _____ 2.67

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.22**    Priority creditor's name and mailing address

Hodges, Randall
P.O. Box 863
Sisters, OR 97759

$ _____ 165.49    $ _____ 165.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.23**    Priority creditor's name and mailing address

Horner, Ty
14861 Crupper
Sisters, OR 97759

$ _____ 8.20    $ _____ 8.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number *(if known)* 18-32265 |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

2. 24     Priority creditor's name and mailing address

Houck, Stephen L
3560 NW Ice Ave.
Terrebonne, OR 97759

$ _____ 352.66       $ _____ 352.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A  )

---

2. 25     Priority creditor's name and mailing address

Hull, Jennifer
2020 NE Linea Drive 168Q
Bend, OR 97701

$ _____ 132.43       $ _____ 132.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A  )

---

2. 26     Priority creditor's name and mailing address

Hummel, Sierra B
PO Box 282
Sisters, OR 97759

$ _____ 371.73       $ _____ 371.73

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A  )

---

2. 27     Priority creditor's name and mailing address

Hummel, Sydney E
PO Box 282
Sisters, OR 97759

$ _____ 1.85       $ _____ 1.85

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A  )

---

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (*if known*) 18-32265 |
|---|---|---|
| | Name | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28** Priority creditor's name and mailing address

Internal Revenue Service
Ogden, UT 84201

$ 56,864.52   $ 56,864.52

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
40086

**Basis for the claim:**
Taxes owed to governmental unit

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.29** Priority creditor's name and mailing address

Internal Revenue Service
Ogden, UT 84201

$ 1,429.40   $ 1,429.40

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Taxes owed to governmental unit

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.30** Priority creditor's name and mailing address

Jordan, Destiny
1747 NE 7th Street
Redmond, OR 97756

$ 68.31   $ 68.31

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.31** Priority creditor's name and mailing address

Knapp, Darrell E.
1110 S. W. 31st "B"
Redmond, OR 97756

$ 1,552.76   $ 1,552.76

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.32    Priority creditor's name and mailing address**

Knapp, Lena A.
1110 SW 31st  B
Redmond, OR 97756

$ 856.65    $ 856.65

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A    )

---

**2.33    Priority creditor's name and mailing address**

Knudsen, Alyssa J
67035 Rock Island Ln.
Bend, OR 97703

$ 182.87    $ 182.87

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A    )

---

**2.34    Priority creditor's name and mailing address**

Kramer, Christifer R
2968 SW Obsidian Ln.
Redmond, OR 97756

$ 46.34    $ 46.34

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A    )

---

**2.35    Priority creditor's name and mailing address**

Kumle, Vicky F
62936 Florence Dr
Bend, OR 97701

$ 287.94    $ 287.94

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A    )

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.36**    Priority creditor's name and mailing address    $_____521.10    $_____521.10

Mallory, Valerie J
1858 NE 7th St.
Redmond, OR 97756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

**2.37**    Priority creditor's name and mailing address    $_____207.30    $_____207.30

Malone, Robert
1690 Aspen Lakes Dr
Sisters, OR 97759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

**2.38**    Priority creditor's name and mailing address    $_____330.20    $_____330.20

McCain-Aldrich, Evin
unavailable
, OR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

**2.39**    Priority creditor's name and mailing address    $_____644.80    $_____644.80

McCain-Aldrich, Michael
PO Box 1403
Sisters, OR 97759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

## Part 1.    Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
| --- | --- | --- |

**2.40**     Priority creditor's name and mailing address     $ 288.00     $ 288.00

Mitchell, Nolan B
69339 Hinkle Butte
Sisters, OR 97759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.41**     Priority creditor's name and mailing address     $ 1,010.80     $ 1,010.80

Mitchell, Pamela K
69339 Hinkle Butte
Sisters, OR 97759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.42**     Priority creditor's name and mailing address     $ 179.89     $ 179.89

Montecinos, Nancy
1100 E Highway 20 Spc 2A
Sisters, OR 97759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.43**     Priority creditor's name and mailing address     $ 270.64     $ 270.64

Nance, Pam S.
7465 NW Eagle Dr.
Redmond, OR 97756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (if known) | 18-32265 |
|---|---|---|---|
| | Name | | |

## Part 1:    Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|

### 2.44 Priority creditor's name and mailing address

Newport, Nickalaus A
734 E Green Ridge Ave
Sisters, OR 97759

$ 84.36    $ 84.36

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

### 2.45 Priority creditor's name and mailing address

Nicklous, Samuel J
18365 Fryrear Ranch Rd
Bend, OR 97703

$ 252.66    $ 252.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

### 2.46 Priority creditor's name and mailing address

Peplin, Joshua G
1310 NW 57th St
Redmond, OR 97756

$ 60.21    $ 60.21

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

### 2.47 Priority creditor's name and mailing address

Perepchuk, Jordan P
232 NW Fir Avenue
Redmond, OR 97756

$ 351.96    $ 351.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number *(if known)* 18-32265 |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.48** Priority creditor's name and mailing address

Powell, Tyler
3031 NW 19th St.
Redmond, OR 97756

$ 7.79     $ 7.79

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.49** Priority creditor's name and mailing address

Pruitt, Howie
60756 Currant Way
Bend, OR 97702

$ 266.39     $ 266.39

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.50** Priority creditor's name and mailing address

Rose, Gary
10129 Middle Ridge Dr
Las Vegas, NV 89134

$ 96.98     $ 96.98

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.51** Priority creditor's name and mailing address

Rush, Isaiah P
1255 W. McKinney Butte Rd Bldg A
Sisters, OR 97759

$ 257.17     $ 257.17

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (if known) 18-32265 |
|---|---|---|
| | Name | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.52** Priority creditor's name and mailing address

Staggs, Dale A
19115 Choctaw Rd
Bend, OR 97702

$ 243.18     $ 243.18

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.53** Priority creditor's name and mailing address

Staggs, Roger A
19115 Choctaw Rd
Bend, OR 97702

$ 235.76     $ 235.76

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.54** Priority creditor's name and mailing address

Stone, Courtney E
2965 NE Worthington Ct Apt 1
Bend, OR 97701

$ 591.47     $ 591.47

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.55** Priority creditor's name and mailing address

Tomlinson, Aaron
520 NE Dalton St # G202
Bend, OR 97701

$ 354.82     $ 354.82

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.56** **Priority creditor's name and mailing address**

Ulam, Keith R
3343 NW Cedar Ave
Redmond, OR 97756

$ _____ 163.94    $ _____ 163.94

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.57** **Priority creditor's name and mailing address**

Valder, Jonathan
16952 Royal Coachman Dr.
Sisters, OR 97759

$ _____ 2.26    $ _____ 2.26

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.58** **Priority creditor's name and mailing address**

Van Amburgh, Micaela L
14911 Snaffelbit
Sisters, OR 97759

$ _____ 196.19    $ _____ 196.19

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.59** **Priority creditor's name and mailing address**

Walker, Kevin R
68710 Willow Lane
Sisters, OR 97759

$ _____ 944.44    $ _____ 944.44

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.60** Priority creditor's name and mailing address

Weisman, Wyatt F
982 NW Madras Hwy
Prineville, OR 97754

$ 459.01    $ 459.01

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.61** Priority creditor's name and mailing address

Welch, Jake A
1019 Yapoah Crater Drive
Sisters, OR 97759

$ 372.68    $ 372.68

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.62** Priority creditor's name and mailing address

Whitley, Seth
4035 SW Majestic Avenue
Redmond, OR 97756

$ 8.96    $ 8.96

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.63** Priority creditor's name and mailing address

Wright, Destiny R.
844 Yosemittee Falls Drive
Redmond, OR 97756

$ 711.14    $ 711.14

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

2.64    **Priority creditor's name and mailing address**                                      $_____503.91    $_____503.91

Wright, Peyton
543 Goshawk Drive
Redmond, OR 97756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
43278

**Basis for the claim:**
Employee

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2._____    **Priority creditor's name and mailing address**                                      $_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2._____    **Priority creditor's name and mailing address**                                      $_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2._____    **Priority creditor's name and mailing address**                                      $_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (if known) | 18-32265 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

1-2-1 Marketing

151 N Maitland Ave, #948193
Maitland, FL 32751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,194.00

---

**3.2** **Nonpriority creditor's name and mailing address**

Absolute Fire Protection, LLC

PO Box 6392
Bend, OR 97708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 852.00

---

**3.3** **Nonpriority creditor's name and mailing address**

Aileen & Tyler Weaver

20456 SW Marimar St.
Beaverton, OR 97078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.00

---

**3.4** **Nonpriority creditor's name and mailing address**

Aloha Produce

20576 Painter Street
Bend, OR 97701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,847.79

---

**3.5** **Nonpriority creditor's name and mailing address**

Alyssia Norris

3593 SW Pumica Ave
Redmond, OR 97756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.00

---

**3.6** **Nonpriority creditor's name and mailing address**

Andrew & Sadaf

1895 NW Remarkable Drive
Bend, OR 97703-5430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.00

| Part 2: | Additional Page |
|---|---|

7 cdmih ]g·dU[ Y·cb·mj]Za cfY·gdUUWW]g·bYYXYX"7 cbHjbi Y·bi a VYf]b[ ·i\ Y`]bYg·gYei Ybh]U`mzca ·i\ Y`
dfYj ]ci g·dU[ Y"=Zbc·UXX]H]cbU `·BCBDF÷CF÷HMW]YX]hcfg·Yl ]ghžXc·bch2`"·ci·hcf·gi·Va ]h]\ ]g·dU[ Y"

5a ci blicZWUJa

---

**3.7**    Bcbdf]cf]miWfYX]hcfßg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

Aspen Investments, L.L.C.
16900 Aspen Lakes Dr
Sisters, OR 97759

5g·cZZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYž·h\ Y·WUJa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g·Zcf·h\ Y·WUJa   Accounts Payable

8UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX   _____
@Ugh(·X][ ]hg·cZ·UWWci bhbi a VYf   _____

☐·h\ Y·WUJa ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes

$ 335,852.20

---

**3.8**    Bcbdf]cf]miWfYX]hcfßg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

Aspen Lakes Uitlity Company, L.L.C.
16900 Aspen Lakes Dr
Sisters, OR 97759

5g·cZZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYž·h\ Y·WUJa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g·Zcf·h\ Y·WUJa   Accounts Payable

8UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX   _____
@Ugh(·X][ ]hg·cZ·UWWci bhbi a VYf   _____

☐·h\ Y·WUJa ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes

$ 28,220.44

---

**3.9**    Bcbdf]cf]miWfYX]hcfßg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

Barnes Quality Pest Control Inc
1030 S.E. 3rd #6
Bend, OR 97702

5g·cZZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYž·h\ Y·WUJa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g·Zcf·h\ Y·WUJa   Accounts Payable

8UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX   _____
@Ugh(·X][ ]hg·cZ·UWWci bhbi a VYf   _____

☐·h\ Y·WUJa ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes

$ 60.00

---

**3.10**    Bcbdf]cf]miWfYX]hcfßg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

Battery Systems
12322 Monarch Street
Garden Grove, CA 92841

5g·cZZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYž·h\ Y·WUJa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g·Zcf·h\ Y·WUJa   Accounts Payable

8UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX   _____
@Ugh(·X][ ]hg·cZ·UWWci bhbi a VYf   _____

☐·h\ Y·WUJa ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes

$ 1,500.00

---

**3.11**    Bcbdf]cf]miWfYX]hcfßg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

Baxter Auto Parts
9444 N Whitaker Road
Portland, OR 97217

5g·cZZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYž·h\ Y·WUJa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g·Zcf·h\ Y·WUJa   Accounts Payable

8UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX   _____
@Ugh(·X][ ]hg·cZ·UWWci bhbi a VYf   _____

☐·h\ Y·WUJa ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes

$ 88.48

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (*if known*) | 18-32265 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

7 cdmiꞓ ]g`dUꞏ[ꞏYꞏcbꞏm]Za cfYꞏgdUꞏWꞏꞏ]g`bYYXYXꞏꞏ7 cbHꞏbiꞏYꞏbiꞏa VYfꞏ]bꞏꞏ`ꞏ ꞏYꞏꞏ]bYgꞏgYei Ybꞏ]Uꞏ`mꞏ ca ꞏ`ꞏ ꞏYꞏ dfꞏYꞏ]ꞏ ci ꞏgꞏdUꞏꞏ[ꞏY''=ꞏZbcꞏUXX]꞊꞊꞊꞊꞊ ꞏꞏ ꞏWꞏcfꞏg ꞏY'ꞏ [ghꞏZꞏ Xcꞏbchꞏꞏꞏꞏꞏci ꞏꞏcfꞏgꞏꞏꞏꞏꞏ Va ꞏ]hꞏꞏ]g`dUꞏ[ꞏY'' | 5a ci bꞏicZWꞏUꞏa |

---

**3.12** | Bcbdfꞏ]cfꞏ]miWꞏYXꞏꞏcfꞏꞏb꞊Ua ꞏYꞏUbꞏXꞏa ꞏUꞏꞏ]bꞏꞏ`ꞏꞏUXXꞏfYgg | 5g꞊ꞏcꞏZꞏ ꞏYꞏdꞏYꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ]bꞏꞏꞏXUꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ YꞏꞏWꞏUꞏꞏaꞏ ꞏꞏg. | $ | 1,750.00

Brad Moore
Unknown

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6 Ugꞏ]gꞏꞏꞏfꞏhꞏꞏYWꞏUꞏa ꞏ   Accounts Payable

8 UhꞏꞏcfꞏXUhꞏg꞊XYVhꞏik Ug꞊꞊ꞏbWꞏffYX ꞏ _____

@ꞏghꞏꞏ[ꞏXꞏ꞊ ꞏhgꞏcZUVꞏꞏ꞊i bꞏibiꞏa VYfꞏ _____

- ☒ No
- ☐ Yes

---

**3.13** | Bcbdfꞏ]cfꞏ]miWꞏYXꞏꞏcfꞏꞏb꞊Ua ꞏYꞏUbꞏXꞏa ꞏUꞏꞏ]bꞏꞏ`ꞏꞏUXXꞏfYgg | 5g꞊ꞏcꞏZꞏ ꞏYꞏdꞏYꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ]bꞏꞏꞏXUꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ YꞏꞏWꞏUꞏꞏaꞏ ꞏꞏg. | $ | 2,409.99

Bridgestone Golf, Inc.
P.O. Box 2908
Carol Stream, IL 60132-2908

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6 Ugꞏ]gꞏꞏꞏfꞏhꞏꞏYWꞏUꞏa ꞏ   Accounts Payable

8 UhꞏꞏcfꞏXUhꞏg꞊XYVhꞏik Ug꞊꞊ꞏbWꞏffYX ꞏ _____

@ꞏghꞏꞏ[ꞏXꞏ꞊ ꞏhgꞏcZUVꞏꞏ꞊i bꞏibiꞏa VYfꞏ _____

- ☒ No
- ☐ Yes

---

**3.14** | Bcbdfꞏ]cfꞏ]miWꞏYXꞏꞏcfꞏꞏb꞊Ua ꞏYꞏUbꞏXꞏa ꞏUꞏꞏ]bꞏꞏ`ꞏꞏUXXꞏfYgg | 5g꞊ꞏcꞏZꞏ ꞏYꞏdꞏYꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ]bꞏꞏꞏXUꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ YꞏꞏWꞏUꞏꞏaꞏ ꞏꞏg. | $ | 197.29

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6 Ugꞏ]gꞏꞏꞏfꞏhꞏꞏYWꞏUꞏa ꞏ   Accounts Payable

8 UhꞏꞏcfꞏXUhꞏg꞊XYVhꞏik Ug꞊꞊ꞏbWꞏffYX ꞏ _____

@ꞏghꞏꞏ[ꞏXꞏ꞊ ꞏhgꞏcZUVꞏꞏ꞊i bꞏibiꞏa VYfꞏ _____

- ☒ No
- ☐ Yes

---

**3.15** | Bcbdfꞏ]cfꞏ]miWꞏYXꞏꞏcfꞏꞏb꞊Ua ꞏYꞏUbꞏXꞏa ꞏUꞏꞏ]bꞏꞏ`ꞏꞏUXXꞏfYgg | 5g꞊ꞏcꞏZꞏ ꞏYꞏdꞏYꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ]bꞏꞏꞏXUꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ YꞏꞏWꞏUꞏꞏaꞏ ꞏꞏg. | $ | 100.00

Carrie Rosenberg
9309 Sand Verbena Trail NE
Albuquerque, NM 87122

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6 Ugꞏ]gꞏꞏꞏfꞏhꞏꞏYWꞏUꞏa ꞏ   Accounts Payable

8 UhꞏꞏcfꞏXUhꞏg꞊XYVhꞏik Ug꞊꞊ꞏbWꞏffYX ꞏ _____

@ꞏghꞏꞏ[ꞏXꞏ꞊ ꞏhgꞏcZUVꞏꞏ꞊i bꞏibiꞏa VYfꞏ ___ ___ ___

- ☒ No
- ☐ Yes

---

**3.16** | Bcbdfꞏ]cfꞏ]miWꞏYXꞏꞏcfꞏꞏb꞊Ua ꞏYꞏUbꞏXꞏa ꞏUꞏꞏ]bꞏꞏ`ꞏꞏUXXꞏfYgg | 5g꞊ꞏcꞏZꞏ ꞏYꞏdꞏYꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ]bꞏꞏꞏXUꞏꞏꞏꞏ꞊꞊꞊ꞏꞏ YꞏꞏWꞏUꞏꞏaꞏ ꞏꞏg. | $ | 3,678.04

Cascade Heating & Specialties, Inc.
1507 N.E. First, Suite A
Bend, OR 97701

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6 Ugꞏ]gꞏꞏꞏfꞏhꞏꞏYWꞏUꞏa ꞏ   Accounts Payable

8 UhꞏꞏcfꞏXUhꞏg꞊XYVhꞏik Ug꞊꞊ꞏbWꞏffYX ꞏ _____

@ꞏghꞏꞏ[ꞏXꞏ꞊ ꞏhgꞏcZUVꞏꞏ꞊i bꞏibiꞏa VYfꞏ _____

- ☒ No
- ☐ Yes

**Part 2:    Additional Page**

| 7 cdmiⱨ ]g˙dU[˙Y˙cb˙mj]Za˙cfY˙gdUⱣ]g˙bYYXYX˝7˙cbⱨbi˙Y˙bi˙a˙VYf]b[˙˙ⱨ˙Y˙˙bYg˙gYei˙YbⱨjU˙mⱫca˙˙ⱨ˙Y˙dfYj]ci˙g˙dU[˙Y˝˙Zbc˙UXX]ⱨ]cbU˙˙BCBDF˓CF˒HM˙WYX]ⱨcfg˙Yⱨ˙gⱨZXc˙bcⱨZ]˙˙ci˙ⱨcf˙gi˙Va˙]ⱨⱨ]˙]g˙dU[˙Y˝ | 5a˙ci˙bⱨcZWⱨUⱨa |
|---|---|

3.17    **Bcbdf]cf]mⱨWYX]ⱨcfⱧg˙bUa˙Y˙UbX˙a˙U[]b[˙˙UXXfYgg**

Cascade Wedding Show fka Central Oregon Weddings
704 NW Georgia Avenue
Bend, OR 97703

5g˙cZⱨⱨY˙dYⱨ]ⱨ]cb˙Z]˙]b[˙˙XUⱨYⱫ˙iⱨ˙Y˙WⱧUⱨa˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g˙Z˙cf˙ⱨⱨY˙WⱧUⱨa˙   Accounts Payable

8UⱨY˙cf˙XUⱨYg˙XYVⱨ˙Ug˙]bWi˙ffYX˙    _____
@Ugⱨ˙(˙X]˙]ⱨg˙cZⱨUWWci˙bⱨ˙bi˙a˙VYf˙    _____

☐g˙ⱨⱨY˙WⱧUⱨa˙gi˙V˙V˙]XⱨcⱨgYⱨZⱧ˙
☒ No
☐ Yes

$    300.00

---

3.18    **Bcbdf]cf]mⱨWYX]ⱨcfⱧg˙bUa˙Y˙UbX˙a˙U[]b[˙˙UXXfYgg**

Central Electric Coop 0088 ASPL ClubH
PO Box 846
Redmond, OR 97756-0187

5g˙cZⱨⱨY˙dYⱨ]ⱨ]cb˙Z]˙]b[˙˙XUⱨYⱫ˙iⱨ˙Y˙WⱧUⱨa˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g˙Z˙cf˙ⱨⱨY˙WⱧUⱨa˙   Accounts Payable

8UⱨY˙cf˙XUⱨYg˙XYVⱨ˙Ug˙]bWi˙ffYX˙    _____
@Ugⱨ˙(˙X]˙]ⱨg˙cZⱨUWWci˙bⱨ˙bi˙a˙VYf˙    _____

☐g˙ⱨⱨY˙WⱧUⱨa˙gi˙V˙V˙]XⱨcⱨgYⱨZⱧ˙
☒ No
☐ Yes

$    25.61

---

3.19    **Bcbdf]cf]mⱨWYX]ⱨcfⱧg˙bUa˙Y˙UbX˙a˙U[]b[˙˙UXXfYgg**

Central Electric Coop 0100 Maint
PO Box 846
Redmond, OR 97756-0187

5g˙cZⱨⱨY˙dYⱨ]ⱨ]cb˙Z]˙]b[˙˙XUⱨYⱫ˙iⱨ˙Y˙WⱧUⱨa˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g˙Z˙cf˙ⱨⱨY˙WⱧUⱨa˙   Accounts Payable

8UⱨY˙cf˙XUⱨYg˙XYVⱨ˙Ug˙]bWi˙ffYX˙    _____
@Ugⱨ˙(˙X]˙]ⱨg˙cZⱨUWWci˙bⱨ˙bi˙a˙VYf˙    _____

☐g˙ⱨⱨY˙WⱧUⱨa˙gi˙V˙V˙]XⱨcⱨgYⱨZⱧ˙
☒ No
☐ Yes

$    69.28

---

3.20    **Bcbdf]cf]mⱨWYX]ⱨcfⱧg˙bUa˙Y˙UbX˙a˙U[]b[˙˙UXXfYgg**

Central Electric Coop 6100 CRT-Restrooms
PO Box 846
Redmond, OR 97756-0187

5g˙cZⱨⱨY˙dYⱨ]ⱨ]cb˙Z]˙]b[˙˙XUⱨYⱫ˙iⱨ˙Y˙WⱧUⱨa˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g˙Z˙cf˙ⱨⱨY˙WⱧUⱨa˙   Accounts Payable

8UⱨY˙cf˙XUⱨYg˙XYVⱨ˙Ug˙]bWi˙ffYX˙    _____
@Ugⱨ˙(˙X]˙]ⱨg˙cZⱨUWWci˙bⱨ˙bi˙a˙VYf˙    ___ ___ ___ .

☐g˙ⱨⱨY˙WⱧUⱨa˙gi˙V˙V˙]XⱨcⱨgYⱨZⱧ˙
☒ No
☐ Yes

$    47.51

---

3.21    **Bcbdf]cf]mⱨWYX]ⱨcfⱧg˙bUa˙Y˙UbX˙a˙U[]b[˙˙UXXfYgg**

Central Electric Cooperative
PO Box 846
Redmond, OR 97756-0187

5g˙cZⱨⱨY˙dYⱨ]ⱨ]cb˙Z]˙]b[˙˙XUⱨYⱫ˙iⱨ˙Y˙WⱧUⱨa˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g˙Z˙cf˙ⱨⱨY˙WⱧUⱨa˙   Accounts Payable

8UⱨY˙cf˙XUⱨYg˙XYVⱨ˙Ug˙]bWi˙ffYX˙    _____
@Ugⱨ˙(˙X]˙]ⱨg˙cZⱨUWWci˙bⱨ˙bi˙a˙VYf˙    _____

☐g˙ⱨⱨY˙WⱧUⱨa˙gi˙V˙V˙]XⱨcⱨgYⱨZⱧ˙
☒ No
☐ Yes

$    1,316.35

| Part 2: | Additional Page |

7 cdmih`]g´dU[´Y`cb`m]Za cfY´gdUWX"]g`bYYXYX"7 cbH]bi Y`bi a VYf]b[´h`Y`Y]bYg`gYei Ybh]U`mZca `h`Y
dfYj]ci g´dU[´Y"=Zbc´UXX]H]cbU`BCBDF=CF+HM`WYX]hcfg`YI]gh]Xc´bch2´ci h`cf´gi Va ]h`h]g´dU[´Y"    5a ci blicZWUja

3.22   Bcbdf]cf]miWYX]hcfg`bUa Y´UbX´a U]`]b[´UXXfYgg     5g´cZh`Y´dYh]h]cb´Z]`]b[´XUhYzh`Y´WUUja ]g.      $_____729.43
       CIT Group/Commercial Services, Inc.                Check all that apply.
       PO Box 1036,                                       ☐ Contingent
       Charlotte, NC 28201-1036                           ☐ Unliquidated
                                                          ☐ Disputed

                                                          6Ug]g´Zcf´h`Y´WUja     Accounts Payable
       8 Uh'cf´XUh'Yg´XYVhk Ug]bW'ffYX         _____    ☐g´h`Y´WUja ´gi V^YWhc´cZZgYh8
       @Ugh(`X][]hg´cZ`UWWi bhi bi bi a VYf    _____   ☒ No
                                                            ☐ Yes

3.23   Bcbdf]cf]miWYX]hcfg`bUa Y´UbX´a U]`]b[´UXXfYgg     5g´cZh`Y´dYh]h]cb´Z]`]b[´XUhYzh`Y´WUUja ]g.      $_____140.64
       Copiers Northwest                                  Check all that apply.
       601 Dexter Ave. N                                  ☐ Contingent
       Seattle, WA 98109                                  ☐ Unliquidated
                                                          ☐ Disputed

                                                          6Ug]g´Zcf´h`Y´WUja     Accounts Payable
       8 Uh'cf´XUh'Yg´XYVhk Ug]bW'ffYX         _____    ☐g´h`Y´WUja ´gi V^YWhc´cZZgYh8
       @Ugh(`X][]hg´cZ`UWWi bhi bi a VYf        _____   ☒ No
                                                            ☐ Yes

3.24   Bcbdf]cf]miWYX]hcfg`bUa Y´UbX´a U]`]b[´UXXfYgg     5g´cZh`Y´dYh]h]cb´Z]`]b[´XUhYzh`Y´WUUja ]g.      $_____360.20
       Eberhard's Dairy Products                          Check all that apply.
       P.O. Box 845                                       ☐ Contingent
       Redmond, OR 97756                                  ☐ Unliquidated
                                                          ☐ Disputed

                                                          6Ug]g´Zcf´h`Y´WUja     Accounts Payable
       8 Uh'cf´XUh'Yg´XYVhk Ug]bW'ffYX         _____    ☐g´h`Y´WUja ´gi V^YWhc´cZZgYh8
       @Ugh(`X][]hg´cZ`UWWi bhi bi a VYf        _____   ☒ No
                                                            ☐ Yes

3.25   Bcbdf]cf]miWYX]hcfg`bUa Y´UbX´a U]`]b[´UXXfYgg     5g´cZh`Y´dYh]h]cb´Z]`]b[´XUhYzh`Y´WUUja ]g.      $_____664.05
       Ed Staub & Sons                                    Check all that apply.
       P.O. Box 1244                                      ☐ Contingent
       Redmond, OR 97756                                  ☐ Unliquidated
                                                          ☐ Disputed

                                                          6Ug]g´Zcf´h`Y´WUja     Accounts Payable
       8 Uh'cf´XUh'Yg´XYVhk Ug]bW'ffYX         _____    ☐g´h`Y´WUja ´gi V^YWhc´cZZgYh8
       @Ugh(`X][]hg´cZ`UWWi bhi bi a VYf        __ __ __ __   ☒ No
                                                            ☐ Yes

3.26   Bcbdf]cf]miWYX]hcfg`bUa Y´UbX´a U]`]b[´UXXfYgg     5g´cZh`Y´dYh]h]cb´Z]`]b[´XUhYzh`Y´WUUja ]g.      $_____1,750.00
       Emilee & Jordan Wagoner                            Check all that apply.
       Unknown                                            ☐ Contingent
                                                          ☐ Unliquidated
                                                          ☐ Disputed

                                                          6Ug]g´Zcf´h`Y´WUja     Accounts Payable
       8 Uh'cf´XUh'Yg´XYVhk Ug]bW'ffYX         _____    ☐g´h`Y´WUja ´gi V^YWhc´cZZgYh8
       @Ugh(`X][]hg´cZ`UWWi bhi bi a VYf        _____   ☒ No
                                                            ☐ Yes

**Part 2:** | **Additional Page**

| (garbled header) | 5a ci bïcZWU¦a |

---

3.27 | Bcbdf¦cf¦]miW¦YX¦rcfg¦bUa Y¦UbX¦a U¦]b¦¨UXXfYgg

Folds of Honor Foundation
5800 North Patriot Drive
Owasso, OK 74055

5¦g¨cZ¦h¦Y¦d¦Y¦h¦]¦cb¦z¦]¦b¦¨XUh¦z¦¦h¦Y¦WU¦ja¦¦]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,192.00

6¦Ug¦g¦z¦f¦¦h¦Y¦WU¦ja  Accounts Payable

8¦UhY¦cf¦XUhYg¦XYVh¦k Ug¦]bWf¦ff¦X¦
@¦Ugh¦¨X¦]¦]g¦cZUWW¦¦i¦b¦b¦]¦a Y¦f¦

=g¦¦h¦Y¦WU¦ja¦¦gi¦V¦Y¦Wh¦¦c¦Z¦g¦Yh¦8
☒ No
☐ Yes

---

3.28 | Bcbdf¦cf¦]miWfYX¦rcfg¦bUa Y¦UbX¦a U¦]b¦¨UXXfYgg

Franz Family Bakeries
PO Box 742654
Los Angeles, CA 90074-2654

5¦g¨cZ¦h¦Y¦d¦Y¦h¦]¦cb¦z¦]¦b¦¨XUh¦z¦¦h¦Y¦WU¦ja¦¦]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 316.29

6¦Ug¦g¦z¦f¦¦h¦Y¦WU¦ja  Accounts Payable

8¦UhY¦cf¦XUhYg¦XYVh¦k Ug¦]bWf¦ff¦X¦
@¦Ugh¦¨X¦]¦]g¦cZUWW¦¦i¦b¦b¦]¦a Y¦f¦

=g¦¦h¦Y¦WU¦ja¦¦gi¦V¦Y¦Wh¦¦c¦Z¦g¦Yh¦8
☒ No
☐ Yes

---

3.29 | Bcbdf¦cf¦]miWfYX¦rcfg¦bUa Y¦UbX¦a U¦]b¦¨UXXfYgg

Fred Meyer
Unknown

5¦g¨cZ¦h¦Y¦d¦Y¦h¦]¦cb¦z¦]¦b¦¨XUh¦z¦¦h¦Y¦WU¦ja¦¦]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250.00

6¦Ug¦g¦z¦f¦¦h¦Y¦WU¦ja  Accounts Payable

8¦UhY¦cf¦XUhYg¦XYVh¦k Ug¦]bWf¦ff¦X¦
@¦Ugh¦¨X¦]¦]g¦cZUWW¦¦i¦b¦b¦]¦a Y¦f¦

=g¦¦h¦Y¦WU¦ja¦¦gi¦V¦Y¦Wh¦¦c¦Z¦g¦Yh¦8
☒ No
☐ Yes

---

3.30 | Bcbdf¦cf¦]miWfYX¦rcfg¦bUa Y¦UbX¦a U¦]b¦¨UXXfYgg

Gina & Chris Elliott
Unknown

5¦g¨cZ¦h¦Y¦d¦Y¦h¦]¦cb¦z¦]¦b¦¨XUh¦z¦¦h¦Y¦WU¦ja¦¦]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,750.00

6¦Ug¦g¦z¦f¦¦h¦Y¦WU¦ja  Accounts Payable

8¦UhY¦cf¦XUhYg¦XYVh¦k Ug¦]bWf¦ff¦X¦
@¦Ugh¦¨X¦]¦]g¦cZUWW¦¦i¦b¦b¦]¦a Y¦f¦

=g¦¦h¦Y¦WU¦ja¦¦gi¦V¦Y¦Wh¦¦c¦Z¦g¦Yh¦8
☒ No
☐ Yes

---

3.31 | Bcbdf¦cf¦]miWfYX¦rcfg¦bUa Y¦UbX¦a U¦]b¦¨UXXfYgg

Golf Boards
61239 Tetherow Dr. #211
Bend, OR 97702

5¦g¨cZ¦h¦Y¦d¦Y¦h¦]¦cb¦z¦]¦b¦¨XUh¦z¦¦h¦Y¦WU¦ja¦¦]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,648.00

6¦Ug¦g¦z¦f¦¦h¦Y¦WU¦ja  Accounts Payable

8¦UhY¦cf¦XUhYg¦XYVh¦k Ug¦]bWf¦ff¦X¦
@¦Ugh¦¨X¦]¦]g¦cZUWW¦¦i¦b¦b¦]¦a Y¦f¦

=g¦¦h¦Y¦WU¦ja¦¦gi¦V¦Y¦Wh¦¦c¦Z¦g¦Yh¦8
☒ No
☐ Yes

Debtor  Aspen Lakes Golf Course, L.L.C.
Name

Case number (if known)  18-32265

| Part 2: | Additional Page |
|---|---|

3.32  H.D. Fowler Company
P.O. Box 84368
Seattle, WA 98124-5668

$ 225.61

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

3.33  High Country Disposal
P.O. Box 296
Redmond, OR 97756

$ 426.84

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

3.34  High Desert Automotive Supply
2250 S Hwy 97
Redmond, OR 97756

$ 1,212.64

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

3.35  Inside Golf Newspaper
PO Box 1890
Port Townsend, WA 98368

$ 450.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

3.36  Kelsi Choquette
Unknown

$ 1,750.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

5a ci bthcZWU\a

---

3.37   Bcbdf\]cf]miWfWYX]fcfBg`bUa Y`UbX`a U\]`]b[`UXXfYgg

Ken Yegge
PO Box 950
Redmond, OR 97756

5g`cZh\`Y`dYh]h]cb`Z]`]b[`XUhn\z\`Y`WUa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 958.00

6Ug]g`gz`f\`Y`WUa\a   Accounts Payable

8 UhY`cf`UhY`g`XYVhk Ug]`bW`ffYX`
@Ughg`\X]`hg`cZUWWci bh\bi a VYf`

☑ No
☐ Yes

---

3.38   Bcbdf\]cf]miWfWYX]fcfBg`bUa Y`UbX`a U\]`]b[`UXXfYgg

Marci Calavan
Unknown

5g`cZh\`Y`dYh]h]cb`Z]`]b[`XUhn\z\`Y`WUa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 1,750.00

6Ug]g`gz`f\`Y`WUa\a   Accounts Payable

8 UhY`cf`UhY`g`XYVhk Ug]`bW`ffYX`
@Ughg`\X]`hg`cZUWWi bh\bi a VYf`

☑ No
☐ Yes

---

3.39   Bcbdf\]cf]miWfWYX]fcfBg`bUa Y`UbX`a U\]`]b[`UXXfYgg

Mary & Jeff Weisensee
12006 SE 36th Ave
Milwaukie, OR 97222

5g`cZh\`Y`dYh]h]cb`Z]`]b[`XUhn\z\`Y`WUa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 1,750.00

6Ug]g`gz`f\`Y`WUa\a   Accounts Payable

8 UhY`cf`UhY`g`XYVhk Ug]`bW`ffYX`
@Ughg`\X]`hg`cZUWWi bh\bi a VYf`

☑ No
☐ Yes

---

3.40   Bcbdf\]cf]miWfWYX]fcfBg`bUa Y`UbX`a U\]`]b[`UXXfYgg

McDonald Wholesale Co
PO Box 2340
Eugene, OR 97402

5g`cZh\`Y`dYh]h]cb`Z]`]b[`XUhn\z\`Y`WUa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 6,580.12

6Ug]g`gz`f\`Y`WUa\a   Accounts Payable

8 UhY`cf`UhY`g`XYVhk Ug]`bW`ffYX`
@Ughg`\X]`hg`cZUWWi bh\bi a VYf`

☑ No
☐ Yes

---

3.41   Bcbdf\]cf]miWfWYX]fcfBg`bUa Y`UbX`a U\]`]b[`UXXfYgg

Metolius Enterprises
P.O. Box 534
Sisters, OR 97759

5g`cZh\`Y`dYh]h]cb`Z]`]b[`XUhn\z\`Y`WUa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 1,232.00

6Ug]g`gz`f\`Y`WUa\a   Accounts Payable

8 UhY`cf`UhY`g`XYVhk Ug]`bW`ffYX`
@Ughg`\X]`hg`cZUWWi bh\bi a VYf`

☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 699.72 |

Mission Uniform and Linen
1405 NE 1st Street
Bend, OR 97701

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 100.00 |

Monica Henry
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 1,750.00 |

Nicole Cicero
266 Burns Street
Forest Hills, NY 11375

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 1,750.00 |

Nicole Webb and Cary
2019 Oak St. # C
Santa Monica, CA 90405

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 47.13 |

Nike USA, Inc.
PO Box 847648
Dallas, TX 75284-7648

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:** **Additional Page**

| 7 cdmiꞏh ]gꞏdU[ Yꞏcbꞏmj]Za cfYꞏgdUUW`]gꞏbYYXYX"7cbHjbiꞏYꞏbiꞏaꞏVYf]b[ꞏꞏhꞏYꞏ"]bYgꞏgYei YbHjU`mꞏica ꞏhꞏY`ꞏdfYj]ciꞏgꞏdU[ꞏY"=Zbc`UXX]HjcbUꞏBCBDFꞏCFꞏHMꞏWꞏYX]HcfgꞏYꞏ]ghꞏzXcꞏbchꞏz]``ciꞏhcfꞏgiꞏVaꞏ]hꞏiꞏ]gꞏdU[ꞏY" | 5a ci bꞏicZWUꞏ]a |

---

**3.47** **Bcbdf]cf]miWYX]fcfBgꞏbUa YꞏUbXꞏaꞏUꞏ]ꞏb[ ꞏ`UXXfYgg** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
Norco, Inc.
P.O. Box 413124
Salt Lake City, UT 84141-3124

**5gꞏcZꞏiꞏYꞏdYꞏjꞏHꞏjꞏcbꞏz]``b[ꞏꞏXUHꞏiꞏiꞏYꞏWUUꞏ]aꞏ]gꞏ.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**6Ug]g]zꞏfꞏiꞏYꞏWUꞏ]a** _Accounts Payable_

**8UhYꞏcfꞏXUHꞏgꞏXYꞏViꞏkꞏUg]jbWꞏffYꞏX** _____
**@UghꞏꞏXꞏ]ꞏgꞏcꞏZUWWꞏiꞏbꞏiꞏbiꞏaꞏVYfꞏ** _____ ꞏ

=g`ꞏhꞏiꞏYꞏWUꞏ]aꞏꞏgiꞏjꞏVꞏWꞏhꞏcꞏZZgꞏYH8
☒ No
☐ Yes·

$ _____ 7.53

---

**3.48** **Bcbdf]cf]miWYX]fcfBgꞏbUa YꞏUbXꞏaꞏUꞏ]ꞏb[ ꞏ`UXXfYgg** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
Nugget Newspaper
P.O. Box 698
Sisters, OR 97759

**5gꞏcZꞏiꞏYꞏdYꞏjꞏHꞏjꞏcbꞏz]``b[ꞏꞏXUHꞏiꞏiꞏYꞏWUUꞏ]aꞏ]gꞏ.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

**6Ug]g]zꞏfꞏiꞏYꞏWUꞏ]a** _Accounts Payable_

**8UhYꞏcfꞏXUHꞏgꞏXYꞏViꞏkꞏUg]jbWꞏffYꞏX** _____
**@UghꞏꞏꞏXꞏ]ꞏgꞏcꞏZUWWꞏiꞏbꞏiꞏbiꞏaꞏVYfꞏ** _____ ꞏ

=g`ꞏhꞏiꞏYꞏWUꞏ]aꞏꞏgiꞏjꞏVꞏWꞏhꞏcꞏZZgꞏYH8
☒ No
☐ Yes·

$ _____ 824.80

---

**3.49** **Bcbdf]cf]miWYX]fcfBgꞏbUa YꞏUbXꞏaꞏUꞏ]ꞏb[ ꞏ`UXXfYgg** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
OLCC
P.O.Box 22297
Milwaukie, OR 97269

**5gꞏcZꞏiꞏYꞏdYꞏjꞏHꞏjꞏcbꞏz]``b[ꞏꞏXUHꞏiꞏiꞏYꞏWUUꞏ]aꞏ]gꞏ.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

**6Ug]g]zꞏfꞏiꞏYꞏWUꞏ]a** _Accounts Payable_

**8UhYꞏcfꞏXUHꞏgꞏXYꞏViꞏkꞏUg]jbWꞏffYꞏX** _____
**@UghꞏꞏꞏXꞏ]ꞏgꞏcꞏZUWWꞏiꞏbꞏiꞏbiꞏaꞏVYfꞏ** _____ ꞏ

=g`ꞏhꞏiꞏYꞏWUꞏ]aꞏꞏgiꞏjꞏVꞏWꞏhꞏcꞏZZgꞏYH8
☒ No
☐ Yes·

$ _____ 151.62

---

**3.50** **Bcbdf]cf]miWYX]fcfBgꞏbUa YꞏUbXꞏaꞏUꞏ]ꞏb[ ꞏ`UXXfYgg** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
Oregon Equipment Service Corp.
180 NE Irving Ave.
Bend, OR 97701

**5gꞏcZꞏiꞏYꞏdYꞏjꞏHꞏjꞏcbꞏz]``b[ꞏꞏXUHꞏiꞏiꞏYꞏWUUꞏ]aꞏ]gꞏ.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

**6Ug]g]zꞏfꞏiꞏYꞏWUꞏ]a** _Accounts Payable_

**8UhYꞏcfꞏXUHꞏgꞏXYꞏViꞏkꞏUg]jbWꞏffYꞏX** _____
**@UghꞏꞏXꞏ]ꞏgꞏcꞏZUWWꞏiꞏbꞏiꞏbiꞏaꞏVYfꞏ** __ __ __ __ ꞏ

=g`ꞏhꞏiꞏYꞏWUꞏ]aꞏꞏgiꞏjꞏVꞏWꞏhꞏcꞏZZgꞏYH8
☒ No
☐ Yes·

$ _____ 1,289.53

---

**3.51** **Bcbdf]cf]miWYX]fcfBgꞏbUa YꞏUbXꞏaꞏUꞏ]ꞏb[ ꞏ`UXXfYgg** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
Oregon Golf Association
2840 Hazelnut Drive
Woodburn, OR 97071

**5gꞏcZꞏiꞏYꞏdYꞏjꞏHꞏjꞏcbꞏz]``b[ꞏꞏXUHꞏiꞏiꞏYꞏWUUꞏ]aꞏ]gꞏ.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

**6Ug]g]zꞏfꞏiꞏYꞏWUꞏ]a** _Accounts Payable_

**8UhYꞏcfꞏXUHꞏgꞏXYꞏViꞏkꞏUg]jbWꞏffYꞏX** _____
**@UghꞏꞏXꞏ]ꞏgꞏcꞏZUWWꞏiꞏbꞏiꞏbiꞏaꞏVYfꞏ** _____ ꞏ

=g`ꞏhꞏiꞏYꞏWUꞏ]aꞏꞏgiꞏjꞏVꞏWꞏhꞏcꞏZZgꞏYH8
☒ No
☐ Yes·

$ _____ 4,127.37

| Part 2: | Additional Page |
|---|---|

| 3.52 | | | 1,291.08 |
|---|---|---|---|

Otis Elevator
PO Box 73579
Chicago, IL 60673-7579

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

| 3.53 | | | 464.95 |
|---|---|---|---|

Pelzer Golf Supplies
12717 SE Carpenter Dr
Clackamas, OR 97015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

| 3.54 | | | 353.91 |
|---|---|---|---|

Range Servant America Inc.
3000 Center Place, Suite 300
Norcross, GA 30093

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

| 3.55 | | | 1,596.62 |
|---|---|---|---|

Rodney Rice, CPA, PC
120 Hickory St. NW
Albany, OR 97321

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

| 3.56 | | | 10,500.00 |
|---|---|---|---|

Rogue 5 Media Inc.
1574 Coburg Road, #206
Eugene, OR 97401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounts Payable

☒ No
☐ Yes

## Part 2: | Additional Page

| | | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Total claim |

### 3.57 | Bcbdf]cf]mW]YX]rcf&g]bUa Y]UbX]a U]']b[ ]UXXfYgg | Amount of claim | $ 1,004.23

SAIF Corporation
400 High Street SE
Salem, OR 97312-1520

When was the debt incurred?
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

As of the date you file, the claim is: Check all that apply.

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

### 3.58 | Bcbdf]cf]miWYX]rcf&g]bUa Y]UbX]a U]']b[ ]UXXfYgg | Amount of claim | $ 500.00

Sandy Bowe
14467 Pole Ct
Sisters, OR 97759

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

### 3.59 | Bcbdf]cf]miWYX]rcf&g]bUa Y]UbX]a U]']b[ ]UXXfYgg | Amount of claim | $ 658.76

SecureCom, Inc.
1940 Don Street, Suite 100
Springfield, OR 97477-5911

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

### 3.60 | Bcbdf]cf]miWYX]rcf&g]bUa Y]UbX]a U]']b[ ]UXXfYgg | Amount of claim | $ 16,205.68

Simplot Partners
11600 NE Marx Street
Portland, OR 97220

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

### 3.61 | Bcbdf]cf]miWYX]rcf&g]bUa Y]UbX]a U]']b[ ]UXXfYgg | Amount of claim | $ 8,655.27

Sisters Aggregate, LLC
16900 Aspen Lakes Dr
Sisters, OR 97759

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Aspen Lakes Golf Course, L.L.C. | Case number (if known) | 18-32265 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

7 cdmiʰ ]gʿdU[ Yʿcbʿm]Za cfYʿgdUWWʿ]gʿbYYXYXʺ7 cbH]bi Yʿbi a VYf]b[ʿʰi Yʿ]bYgʿgYei YbH]Uʿmzca ʿʰi YʿdfʿY]ʿ]ciʿgʿdU[ Yʺ=zbcʿUXX]H]cbUʿʿBCBDFʺCFʺHMʿWYX]ʰcfgʿY1]ghʿXcʿbcʰiʺʿciʿʰcfʿgiʿVaʿ]hiʰ]ʿ]gʿdU[ Yʺ

5a ci bHcZWUʿa

**3.62**  Bcbdf]cf]miWYXʿʰcfʰ\a YʿbUa Yʿ UbXʿaʿUJ]ʰb[ʿ ʿXXfYgg
Sisters Chamber of Commerce
P.O. Box 430
Sisters, OR 97759

5gʿcZHi Yʿdʰf]a]cbʿ2]ʰb[ʿ XUʰzʰi YWUʿa ʿ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 336.00

6Ug]gʿzʿfʰi YWUʿa   Accounts Payable _____

8 Ui Yʿcfʿ UʰYʿgʿXYʰ\ik Ug]]bWfʿffYX _____
@Ughʿ(ʿXʿ]hgʿcZ UWʰ\iʿi bʰbiʿa VYf _____
☒ No
☐ Yes

---

**3.63**  Bcbdf]cf]miWYXʿʰcfʰ\a YʿbUa Yʿ UbXʿa YʿU]ʰb[ʿ ʿXXfYgg
Sisters Rental
P.O. Box 781
Sisters, OR 97759

5gʿcZHi Yʿdʰf]a]cbʿ2]ʰb[ʿ XUʰzʰi YWUʿa ʿ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 651.33

6Ug]gʿzʿfʰi YWUʿa   Accounts Payable _____

8 Ui Yʿcfʿ UʰYʿgʿXYʰ\ik Ug]]bWfʿffYX _____
@Ughʿ(ʿXʿ]hgʿcZ UWʰ\iʿi bʰbiʿa VYf _____
☒ No
☐ Yes

---

**3.64**  Bcbdf]cf]miWYXʿʰcfʰ\a YʿbUa Yʿ UbXʿa YʿU]ʰb[ʿ ʿXXfYgg
Sysco Food Services
P.O. Box 2210
Wilsonville, OR 97070

5gʿcZHi Yʿdʰf]a]cbʿ2]ʰb[ʿ XUʰzʰi YWUʿa ʿ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 442.85

6Ug]gʿzʿfʰi YWUʿa   Accounts Payable _____

8 Ui Yʿcfʿ UʰYʿgʿXYʰ\ik Ug]]bWfʿffYX _____
@Ughʿ(ʿXʿ]hgʿcZ UWʰ\iʿi bʰbiʿa VYf _____
☒ No
☐ Yes

---

**3.65**  Bcbdf]cf]miWYXʿʰcfʰ\a YʿbUa Yʿ UbXʿa YʿU]ʰb[ʿ ʿXXfYgg
Taylor Made Golf Company, Inc.
29516 Network Place
Chicago, IL 60673-1295

5gʿcZHi Yʿdʰf]a]cbʿ2]ʰb[ʿ XUʰzʰi YWUʿa ʿ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 407.76

6Ug]gʿzʿfʰi YWUʿa   Accounts Payable _____

8 Ui Yʿcfʿ UʰYʿgʿXYʰ\ik Ug]]bWfʿffYX _____
@Ughʿ(ʿXʿ]hgʿcZ UWʰ\iʿi bʰbiʿa VYf __ __ __ __
☒ No
☐ Yes

---

**3.66**  Bcbdf]cf]miWYXʿʰcfʰ\a YʿbUa Yʿ UbXʿa YʿU]ʰb[ʿ ʿXXfYgg
The Antigua Group, INC.
PO Box 5300
Peoria, AZ 85385-5300

5gʿcZHi Yʿdʰf]a]cbʿ2]ʰb[ʿ XUʰzʰi YWUʿa ʿ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 11,949.30

6Ug]gʿzʿfʰi YWUʿa   Accounts Payable _____

8 Ui Yʿcfʿ UʰYʿgʿXYʰ\ik Ug]]bWfʿffYX _____
@Ughʿ(ʿXʿ]hgʿcZ UWʰ\iʿi bʰbiʿa VYf _____
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| 3.67 | Bcbdf]cf]miWfYX]hcfRg`bUa Y`UbX`a`UJ]b[`UXXfYgg | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhYz]h`Y`WUja`]g. *Check all that apply.* | $ | 18,512.53 |
|------|---|---|---|---|

Thermo King Northwest, Inc.
P.O. Box 94098
Seattle, WA 98124-9498

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g`Zcf`h`Y`WUja    Accounts Payable

8UhY`cf`XUhYg`XYVhk`Ug`]bWi`ffYX    _____    =g`h`Y`WUja`]g`gi`V^VWh`hc`cZZgYh8
@Ugh`(`X][]hg`cZ`UWWci`bh`bi`a VYf`    _____    ☒ No
                                                       ☐ Yes

| 3.68 | Bcbdf]cf]miWfYX]hcfRg`bUa Y`UbX`a`UJ]b[`UXXfYgg | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhYz]h`Y`WUja`]g. *Check all that apply.* | $ | 4,187.83 |
|------|---|---|---|---|

Titleist - Acushnet Company
P.O.Box 88112
Chicago, IL 60695-1112

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g`Zcf`h`Y`WUja    Accounts Payable

8UhY`cf`XUhYg`XYVhk`Ug`]bWi`ffYX    _____    =g`h`Y`WUja`]g`gi`V^VWh`hc`cZZgYh8
@Ugh`(`X][]hg`cZ`UWWci`bh`bi`a VYf`    _____    ☒ No
                                                       ☐ Yes

| 3.69 | Bcbdf]cf]miWfYX]hcfRg`bUa Y`UbX`a`UJ]b[`UXXfYgg | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhYz]h`Y`WUja`]g. *Check all that apply.* | $ | 100.00 |
|------|---|---|---|---|

Tom & Linda Hespe
17427 Forked Horn Dr.
Sisters, OR 97759

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g`Zcf`h`Y`WUja    Accounts Payable

8UhY`cf`XUhYg`XYVhk`Ug`]bWi`ffYX    _____    =g`h`Y`WUja`]g`gi`V^VWh`hc`cZZgYh8
@Ugh`(`X][]hg`cZ`UWWci`bh`bi`a VYf`    _____    ☒ No
                                                       ☐ Yes

| 3.70 | Bcbdf]cf]miWfYX]hcfRg`bUa Y`UbX`a`UJ]b[`UXXfYgg | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhYz]h`Y`WUja`]g. *Check all that apply.* | $ | 1,000.00 |
|------|---|---|---|---|

Tracy Orr
69280 Goodrich Road
Sisters, OR 97759

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g`Zcf`h`Y`WUja    Accounts Payable

8UhY`cf`XUhYg`XYVhk`Ug`]bWi`ffYX    _____    =g`h`Y`WUja`]g`gi`V^VWh`hc`cZZgYh8
@Ugh`(`X][]hg`cZ`UWWci`bh`bi`a VYf`    ___ ___ ___ ___    ☒ No
                                                       ☐ Yes

| 3.71 | Bcbdf]cf]miWfYX]hcfRg`bUa Y`UbX`a`UJ]b[`UXXfYgg | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhYz]h`Y`WUja`]g. *Check all that apply.* | $ | 500.00 |
|------|---|---|---|---|

Triple C Farms
16925 Green Drake Court
Sisters, OR 97759

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g`Zcf`h`Y`WUja    Accounts Payable

8UhY`cf`XUhYg`XYVhk`Ug`]bWi`ffYX    _____    =g`h`Y`WUja`]g`gi`V^VWh`hc`cZZgYh8
@Ugh`(`X][]hg`cZ`UWWci`bh`bi`a VYf`    _____    ☒ No
                                                       ☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

3.72    **Nonpriority creditor's name and mailing address**

USGA
P.O. Box 5008
Hagerstown, MD 21741-5008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 110.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.73    **Nonpriority creditor's name and mailing address**

Varsity Communications, Inc.
4114 198th St. SW, Ste. 5
Lynnwood, WA 98036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 2,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.74    **Nonpriority creditor's name and mailing address**

Western Equipment Dist. Inc.
PO Box 45621
San Francisco, CA 94145-0621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 4,131.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.75    **Nonpriority creditor's name and mailing address**

Wildhorse Meadows, LLC
16900 Aspen Lakes Dr
Sisters, OR 97759

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 1,356,680.82

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.____    **Nonpriority creditor's name and mailing address**

"See Attached"

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 120,966.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 79,386.26 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 1,985,849.41 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 2,065,235.67 |

Fill in this information to identify the case:

Debtor name   Aspen Lakes Golf Course, L.L.C.

United States Bankruptcy Court for the:   District of Oregon

Case number (If kno_):   18-32265                          Chapter 11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT Support | 1-21-Marketing<br><br>151 N. Maitland Ave #948193<br>Maitland, FL 32751 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Wedding/Anniversary Event<br><br>43358 | Aileen & Tyler Weaver<br><br>20456 SW Marimar St.<br>Beaverton, OR 97078 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Wedding/Anniversary Event<br><br>43400 | Alyssia Norris<br><br>3593 SW Pumica Ave<br>Redmond, OR 97756 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Wedding/Anniversary Event<br><br>43330 | Andrew & Sadaf<br><br>1895 NW Remarkable Drive<br>Bend, OR 97703-5430 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Landscape maintenance agreement | Aspen Lakes Estate Owners, Inc.<br><br>c/o Northwest Association Management<br>805 SW Industrial Way<br>Bend, OR 97702 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest — Pool maintenance agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Aspen Lakes Estate Owners, Inc.<br><br>c/o Northwest Association Management<br>805 SW Industrial Way<br>Bend, OR 97702 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest — Utility<br><br>State the term remaining<br><br>List the contract number of any government contract | Aspen Lakes Utility Company, LLC<br><br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event<br><br>State the term remaining   43281<br><br>List the contract number of any government contract | Brad Moore<br><br>Unknown |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event<br><br>State the term remaining   43280<br><br>List the contract number of any government contract | Carrie Rosenberg<br><br>9309 Sand Verbena Trail NE<br>Albuquerque, NM 87122 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Copiers Northwest<br><br>601 Dexter Ave N<br>Seattle, WA 98109 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event<br><br>State the term remaining   43547<br><br>List the contract number of any government contract | Emilee & Jordan Wagoner<br><br>Unknown |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event<br><br>State the term remaining   43298<br><br>List the contract number of any government contract | Fred Meyer<br><br>Unknown |



## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.´13** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event | Gina & Chris Elliott<br><br>Unknown |
| State the term remaining  43337 | |
| List the contract number of any government contract | |
| **2.´14** State what the contract or lease is for and the nature of the debtor's interest — Lease | John Deere Financial<br><br>PO Box 6600<br>Johnston, IA 50131-6600 |
| State the term remaining  4/1/2019 | |
| List the contract number of any government contract | |
| **2.´15** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event | Kelsi Choquette<br><br>Unknown |
| State the term remaining  43645 | |
| List the contract number of any government contract | |
| **2.´16** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event | Marci Calavan<br><br>Unknown |
| State the term remaining  43372 | |
| List the contract number of any government contract | |
| **2.´17** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event | Mary & Jeff Weisensee<br><br>12006 SE 36th Ave<br>Milwaukie, OR 97222 |
| State the term remaining  43344 | |
| List the contract number of any government contract | |
| **2.´18** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event | Monica Henry<br><br>Unknown |
| State the term remaining  43336 | |
| List the contract number of any government contract | |
| **2.´19** State what the contract or lease is for and the nature of the debtor's interest — Wedding/Anniversary Event | Nicole Cicero<br><br>266 Burns Street<br>Forest Hills, NY 11375 |
| State the term remaining  43345 | |
| List the contract number of any government contract | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.20 **State what the contract or lease is for and the nature of the debtor's interest**  Wedding/Anniversary Event  **State the term remaining**  43295  **List the contract number of any government contract** | Nicole Webb and Cary  2019 Oak St. # C  Santa Monica, CA 90405 |
| 2.21 **State what the contract or lease is for and the nature of the debtor's interest**  Wedding/Anniversary Event  **State the term remaining**  43379  **List the contract number of any government contract** | Sandy Bowe  14467 Pole Ct  Sisters, OR 97759 |
| 2.22 **State what the contract or lease is for and the nature of the debtor's interest**  Wedding/Anniversary Event  **State the term remaining**  43378  **List the contract number of any government contract** | Tom & Linda Hespe  17427 Forked Horn Dr.  Sisters, OR 97759 |
| 2.23 **State what the contract or lease is for and the nature of the debtor's interest**  Wedding/Anniversary Event  **State the term remaining**  43287  **List the contract number of any government contract** | Tracy Orr  69280 Goodrich Road  Sisters, OR 97759 |
| 2.24 **State what the contract or lease is for and the nature of the debtor's interest**  Lease  **State the term remaining**  **List the contract number of any government contract** | Wildhorse Meadows, LLC  16900 Aspen Lakes Dr  Sisters, OR 97759 |
| 2. **State what the contract or lease is for and the nature of the debtor's interest**  "See Attached"  **State the term remaining**  **List the contract number of any government contract** | |
| 2. **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| **Name, Number, Street, City, State & ZIP Code** | **Name** | Check all schedules that apply: |
| 2.1 Aspen Investments, L.L.C. <br> 16900 Aspen Lakes Dr <br> Sisters, OR 97759 | GT Capital | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 Aspen Lakes Utility Company, L.L.C. <br> 16900 Aspen Lakes Dr <br> Sisters, OR 97759 | GT Capital | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.3 Conida E. Cyrus <br> 17204 Hwy 126 <br> Sisters, OR 97759 | GT Capital | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.4 Kelly K. Cyrus <br> 16929 Green Drake Court <br> Sisters, OR 97759 | GT Capital | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.5 Matthew K. Cyrus <br> 16929 Green Drake Court <br> Sisters, OR 97759 | GT Capital | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.6 O. Keith Cyrus <br> 17204 Hwy 126 <br> Sisters, OR 97759 | GT Capital | ☒ D <br> ☐ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| | **Name** UbXˆAUЈˊ]b[ˋˊ5ˋXXfYgg | **Name** | *Check all schedules that apply:* |
| 7 | Pamela K. Mitchell<br>69339 Hinkle Butte<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 8 | Sisters Aggregate & Construction, L.L.C.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 9 | Wildhorse Meadows, LLC<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/25/2018          ✗ _____
             MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     Matt Cyrus
                                     Printed name

                                     Managing Member
                                     Position or relationship to debtor

**Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Notes to Schedules and Statement of Financial Affairs**

Amendments and Reservation of Rights

While the Aspen Lakes Golf Course, L.L.C.'s ("**Debtor**") management has exercised best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors, omissions or inaccuracies may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time as may be necessary and appropriate, but they are under no obligation to do so.

Specific Disclosures to the Schedules of Assets and Liabilities

Causes of Action against Third Parties (AB74). The Debtor may have causes of action against third parties, but do not have any other ongoing proceedings at this time. Any causes of action and the ultimate recovery on these causes of action are unknown at this time. Additionally, the Debtor may also possess contingent claims that are not listed as assets in its Schedules and Statements in the form of various actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor reserves all of their rights with respect to any claims and causes of action, whether arising under the Bankruptcy Code or otherwise, that they may have or will have, and nothing contained in the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims. The Debtor further reserves all of their rights with respect to all causes of action, including, without limitation, all rights relating to any: (i) controversy; (ii) right of setoff or recoupment; (iii) crossclaim; (iv) counterclaim; (v) claim arising from a contract; (vi) claim for the breach of any duty imposed by law or in equity; (vii) demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license and franchise of any kind or character whatsoever. This reservation of rights remains applicable regardless of whether such causes of action are known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other applicable theory of law.

Other Contingent and Unliquidated Claims (AB75). The Debtor may have other contingent and unliquidated claims. Any other contingent and unliquidated claims and the ultimate recovery on these claims are unknown at this time.

Schedule G. The Debtor reserves all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtor's use of reasonable efforts to identify such documents. The Debtor reserves all rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or

instrument. The listing of such real property interests on Schedule G as "executory" does not constitute an admission by the Debtor that any such contract is executory. The Debtor reserves all rights to recategorize and/or recharacterize their interests in such real property at a later date, as necessary.

Certain of the contracts, agreements and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G. Unless otherwise identified on Schedule G, each contract, agreement and lease identified therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any such agreement, instrument or other document that in any manner affects such contract, agreement and lease, without respect to whether such contract, agreement and lease is listed therein.

<u>Specific Disclosures and Assumptions to the Statement of Financial Affairs</u>

Part 2, Question 4 and Part 13, Question 30 — Payments, Distributions or Withdrawals to Insiders. The listing of payments in this response should not be construed as an acknowledgement that any payee qualifies as an insider as defined in 11 U.S.C. § 101. In the interest of full disclosure and an excess of caution the Debtor has listed payments to all persons who may be construed as related to the Debtor.