Douglas Pahl, OR Bar No. 950476
DPahl@perkinscoie.com
Amir Gamliel, Cal. Bar No. 268121
(Admitted *Pro Hac Vice*)
AGamliel@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Counsel for Debtors and Debtors-in-Possession Aspen Lakes Golf Course, L.L.C. and Aspen Investments, L.L.C.*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | |
| ASPEN LAKES GOLF COURSE, L.L.C., | Case No. 18-32265-tmb11 |
| ASPEN INVESTMENTS, L.L.C., and | Case No. 18-32266-tmb11 |
| WILDHORSE MEADOWS, LLC, | Case No. 18-32267-tmb11 |
| Debtors.[1] | Jointly Administered Under Case No. 18-32265-tmb11 |
| | **DEBTORS' UPDATED AND EXPANDED 90-DAY BUDGET, FILED IN SUPPORT OF THEIR MOTION FOR ENTRY OF A FINAL ORDER APPROVING THE USE OF CASH COLLATERAL (ECF 9)** |

Pursuant to the Court's *Fourth Interim Order Authorizing Further Use of Cash Collateral and Granting Adequate Protection* [ECF 205], debtors and debtors-in-possession Aspen Lakes Golf Course, L.L.C. ("**Aspen Lakes**"), Aspen Investments, L.L.C. ("**Aspen Investments**"), and Wildhorse Meadows,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aspen Lakes Golf Course, L.L.C. (4205), Aspen Investments, L.L.C. (8501), and Wildhorse Meadows, LLC (1413).

PAGE 1- **DEBTORS' UPDATED AND EXPANDED 90-DAY BUDGET**

130902-0001/143372204.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 18-32265-tmb11    Doc 271    Filed 02/21/19

1   LLC ("*Wildhorse*"), hereby attach and incorporate by reference herein as Exhibit "A," an updated and

2   expanded 90-Day Budget.

3

4   DATED:  February 21, 2019            **PERKINS COIE LLP**

5

6                                        By: */s/ Douglas R. Pahl*
                                             Douglas R. Pahl, OSB No. 950476
                                             DPahl@perkinscoie.com
7                                            Amir Gamliel, CA Bar No. 268121
                                             (*admitted pro hac vice*)
8                                            AGamliel@perkinscoie.com
                                             1120 N.W. Couch Street, 10th Floor
9                                            Portland, OR  97209-4128
                                             Telephone:  503.727.2000
10                                           Facsimile:  503.727.2222

11                                       Attorneys for Debtors and Debtors-in-
                                         Possession *Aspen Lakes Golf Course, L.L.C.*
12                                       and *Aspen Investments, L.L.C.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE  2-   **DEBTORS' UPDATED AND EXPANDED 90-
           DAY BUDGET**

130902-0001/143372204.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Case 18-32265-tmb11    Doc 271    Filed 02/21/19

1                           **EXHIBIT A**

2                            **BUDGET**

3    See attached.

PAGE  3-  **DEBTORS' UPDATED AND EXPANDED 90-DAY BUDGET**

130902-0001/143372204.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 18-32265-tmb11    Doc 271    Filed 02/21/19

# Aspen Lakes Golf Course, Aspen Inv, Wildhorse Meadows

Weekly Cash Flow Forecast (CFF)

| | Data Type | Source | Actual | Actual | Actual | Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Weeks Beginning - Mondays | | 01/14/19 | 01/21/19 | 01/28/19 | 02/04/19 | 02/11/19 | 02/18/19 | 02/25/19 | 03/04/19 | 03/11/19 | 03/18/19 | 03/25/19 | 04/01/19 |
| | Weeks Ending - Sundays | | 01/20/19 | 01/27/19 | 02/03/19 | 02/10/19 | 02/17/19 | 02/24/19 | 03/03/19 | 03/10/19 | 03/17/19 | 03/24/19 | 03/31/19 | 04/07/19 |
| | Week | | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | Month | | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 |
| | Ledger Blances per G/L - Beg of Week | A1.1 | 54,158 | 32,543 | 36,551 | 39,818 | 14,678 | 14,018 | 33 | 373 | 1,383 | 33 | 10,863 | 7,833 |
| | **RECEIPTS (C/R) - SOURCES** | | | | | | | | | | | | | |
| r1 | Golf Course Receipts | S2.12 | 3,319 | 5,284 | 4,279 | - | 500 | 75 | 30 | 3,800 | 10,000 | 7,000 | 9,000 | 7,000 |
| r2 | Restaurant Receipts | S2.12 | 9,547 | 1,689 | 8,435 | - | 2,200 | - | - | - | 5,500 | - | - | - |
| r3 | Event Receipts | S2.12 | 100 | 100 | - | - | 4,500 | - | - | - | 13,000 | - | - | - |
| r4 | Misc Receipts | | - | - | 10,724 | - | - | - | - | - | - | - | - | - |
| r5 | Other Cash Receipts (including Capital Calls, if any) | S3.1 | - | - | 720 | 15,000 | - | 4,100 | 13,000 | 39,000 | 15,250 | - | - | 36,000 |
| | **Total Cash Receipts** | | 12,966 | 7,073 | 24,158 | 15,000 | 7,200 | 4,175 | 13,030 | 42,800 | 30,750 | 20,000 | 9,000 | 43,000 |
| | **DISBURSEMENTS (C/D) - USES** | | | | | | | | | | | | | |
| | *Golf Course Operations* | | | | | | | | | | | | | |
| d1 | Advertising | S1.1 | - | - | - | - | - | - | - | - | 1,690 | - | - | - |
| d2 | Repairs/Maint/Supplies/COGS | S1.1 | - | - | - | - | - | 8,760 | 1,320 | 5,410 | 3,950 | - | - | 6,600 |
| d3 | Utils/Fuel/Chemicals | S1.1 | - | - | - | - | - | - | 460 | - | 3,310 | 500 | 660 | - |
| d4 | Other - Golf | S1.1 | 87 | - | - | 3,948 | 1,240 | - | 2,250 | 60 | 1,270 | - | 10 | 830 |
| | **Subtotal Golf Course Operations** | | 87 | - | - | 3,948 | 1,240 | 8,760 | 4,030 | 5,470 | 10,220 | 500 | 670 | 7,430 |
| | *Restaurant & Events (F&B)* | | | | | | | | | | | | | |
| d5 | F&B COGS | A1.1 | 72 | 219 | 1,519 | 157 | - | - | - | 2,040 | 4,810 | - | - | - |
| d6 | Advertising F&B | S1.1 | - | - | - | - | - | - | - | - | - | - | - | - |
| d7 | Repairs/Maint/Supplies | S1.1 | - | - | - | - | - | - | - | 440 | 1,880 | - | 270 | 20 |
| d8.1 | Utilities | S1.1 | - | 219 | 952 | - | - | - | - | - | 1,710 | - | - | - |
| d8 | Other - F&B | S1.1 | - | 87 | 165 | 115 | 450 | - | - | 240 | 2,400 | 130 | 100 | 1,120 |
| | **Subtotal Restaurant & Events (F&B)** | | 72 | 526 | 2,636 | 271 | 450 | - | - | 2,720 | 10,800 | 130 | 370 | 1,140 |
| | *Admin* | | | | | | | | | | | | | |
| d10 | Payroll | S1.1 | 7,251 | 2,540 | 10,050 | 7,241 | 2,710 | 7,100 | 7,250 | 7,100 | 8,360 | 8,390 | 8,730 | 15,170 |
| d11 | Insurance | S1.1 | - | - | - | - | 3,460 | 2,300 | - | - | 1,720 | - | 2,260 | - |
| d13 | CAPEX & One-time expenditures * | U1.1 | - | - | - | - | - | - | - | - | - | - | - | - |
| d15 | Creditor payments | A1.1 | 26,500 | - | - | 26,500 | - | - | - | 26,500 | - | - | - | 26,500 |
| d14 | Other - Admin | S1.1 | 670 | - | 2,679 | 1,760 | - | - | 1,410 | - | 1,000 | 150 | - | - |
| | **Subtotal Admin** | | 34,421 | 2,540 | 12,730 | 35,501 | 6,170 | 9,400 | 8,660 | 33,600 | 11,080 | 8,540 | 10,990 | 41,670 |
| | *Special Admin Fees* | | | | | | | | | | | | | |
| d9 | Professional Fees & Similar (accrual) | U1.2 | - | - | - | - | - | - | - | - | - | - | - | - |
| d12 | US Trustee Fee (accrual) | U1.1 | - | - | 5,525 | - | - | - | - | - | - | - | - | - |
| d16 | Other - Special Admin | S1.1, U1.1 | - | - | - | 420 | - | - | - | - | - | - | - | - |
| | **Subtotal Special Admin Fees** | | - | - | 5,525 | 420 | - | - | - | - | - | - | - | - |
| | **Total Cash Disbursements** | | 34,580 | 3,065 | 20,891 | 40,140 | 7,860 | 18,160 | 12,690 | 41,790 | 32,100 | 9,170 | 12,030 | 50,240 |
| | **Net Cash Flow** | | (21,614) | 4,007 | 3,267 | (25,140) | (660) | (13,985) | 340 | 1,010 | (1,350) | 10,830 | (3,030) | (7,240) |
| | **Ending cash balance (reconciled to G/L accts)** | | 32,543 | 36,551 | 39,818 | 14,678 | 14,018 | 33 | 373 | 1,383 | 33 | 10,863 | 7,833 | 593 |

## Aspen Lakes Golf Course, Aspen Inv, Wildhorse Meadows

Weekly Cash Flow Forecast (CFF)

| | Data Type | Source | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | Weeks Beginning - Mondays | | 04/08/19 | 04/15/19 | 04/22/19 | 04/29/19 | 05/06/19 | 05/13/19 | 05/20/19 | 05/27/19 |
| | Weeks Ending - Sundays | | 04/14/19 | 04/21/19 | 04/28/19 | 05/05/19 | 05/12/19 | 05/19/19 | 05/26/19 | 06/02/19 |
| | Week | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| | Month | | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 |
| | Ledger Blances per G/L - Beg of Week | A1.1 | 593 | 13 | 933 | 22,134 | 104 | 41,654 | 34,844 | 58,594 |
| | **RECEIPTS (C/R) - SOURCES** | | | | | | | | | |
| r1 | Golf Course Receipts | S2.12 | 7,000 | 28,000 | 25,000 | 22,000 | 25,000 | 39,000 | 29,000 | 45,000 |
| r2 | Restaurant Receipts | S2.12 | - | 9,000 | 10,000 | 8,000 | 25,000 | 8,000 | 7,500 | 13,000 |
| r3 | Event Receipts | S2.12 | - | - | - | - | - | - | 7,750 | - |
| r4 | Misc Receipts | | - | - | - | - | - | - | - | - |
| r5 | Other Cash Receipts (including Capital Calls, if any) | S3.1 | 1,700 | 1,000 | - | 35,200 | - | - | - | - |
| | **Total Cash Receipts** | | **8,700** | **38,000** | **35,000** | **65,200** | **50,000** | **47,000** | **44,250** | **58,000** |
| | **DISBURSEMENTS (C/D) - USES** | | | | | | | | | |
| | *Golf Course Operations* | | | | | | | | | |
| d1 | Advertising | S1.1 | - | - | - | - | - | - | 1,870 | 850 |
| d2 | Repairs/Maint/Supplies/COGS | S1.1 | 2,100 | 370 | 910 | 1,880 | 3,940 | 1,460 | 2,870 | 4,120 |
| d3 | Utils/Fuel/Chemicals | S1.1 | 1,310 | 1,330 | 30 | - | 250 | 1,400 | 1,790 | 550 |
| d4 | Other - Golf | S1.1 | 570 | 30 | 1,430 | 1,440 | 330 | 250 | 380 | 70 |
| | **Subtotal Golf Course Operations** | | **3,980** | **1,730** | **2,370** | **3,320** | **4,520** | **3,110** | **6,910** | **5,590** |
| | *Restaurant & Events (F&B)* | | | | | | | | | |
| d5 | F&B COGS | A1.1 | 3,330 | 3,700 | 2,960 | 9,250 | 2,960 | 5,640 | 4,810 | 6,290 |
| d6 | Advertising F&B | S1.1 | - | - | - | - | - | - | 890 | - |
| d7 | Repairs/Maint/Supplies | S1.1 | 120 | 360 | 1,720 | 940 | 140 | 230 | 1,090 | 200 |
| d8.1 | Utilities | S1.1 | 1,310 | - | - | - | - | 1,110 | 140 | 1,650 |
| d8 | Other - F&B | S1.1 | 540 | 300 | 1,070 | 1,220 | 830 | 3,420 | 1,640 | 590 |
| | **Subtotal Restaurant & Events (F&B)** | | **5,300** | **4,360** | **5,750** | **11,410** | **3,930** | **10,400** | **8,570** | **8,730** |
| | *Admin* | | | | | | | | | |
| d10 | Payroll | S1.1 | - | 30,990 | - | 41,710 | - | 36,850 | - | 44,870 |
| d11 | Insurance | S1.1 | - | - | - | 2,260 | - | 3,450 | - | - |
| d13 | CAPEX & One-time expenditures * | U1.1 | - | - | - | - | - | - | - | - |
| d15 | Creditor payments | A1.1 | - | - | - | 26,500 | - | - | - | - |
| d14 | Other - Admin | S1.1 | - | - | 280 | 2,030 | - | - | 5,020 | - |
| | **Subtotal Admin** | | **-** | **30,990** | **280** | **72,500** | **-** | **40,300** | **5,020** | **44,870** |
| | *Special Admin Fees* | | | | | | | | | |
| d9 | Professional Fees & Similar (accrual) | U1.2 | - | - | - | - | - | - | - | - |
| d12 | US Trustee Fee (accrual) | U1.1 | - | - | 5,399 | - | - | - | - | - |
| d16 | Other - Special Admin | S1.1, U1.1 | - | - | - | - | - | - | - | - |
| | **Subtotal Special Admin Fees** | | **-** | **-** | **5,399** | **-** | **-** | **-** | **-** | **-** |
| | **Total Cash Disbursements** | | **9,280** | **37,080** | **13,799** | **87,230** | **8,450** | **53,810** | **20,500** | **59,190** |
| | **Net Cash Flow** | | **(580)** | **920** | **21,201** | **(22,030)** | **41,550** | **(6,810)** | **23,750** | **(1,190)** |
| | **Ending cash balance (reconciled to G/L accts)** | | **13** | **933** | **22,134** | **104** | **41,654** | **34,844** | **58,594** | **57,404** |