Douglas Pahl, OR Bar No. 950476
DPahl@perkinscoie.com
Amir Gamliel, Cal. Bar No. 268121
(Admitted *Pro Hac Vice*)
AGamliel@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Counsel for Debtors and Debtors-in-Possession Aspen Lakes Golf Course, L.L.C. and Aspen Investments, L.L.C.*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | |
| ASPEN LAKES GOLF COURSE, L.L.C., | Case No. 18-32265-tmb11 |
| ASPEN INVESTMENTS, L.L.C., and | Case No. 18-32266-tmb11 |
| WILDHORSE MEADOWS, LLC, | Case No. 18-32267-tmb11 |
| Debtors.[1] | Jointly Administered Under Case No. 18-32265-tmb11 |
| | **DEBTORS' UPDATED AND EXPANDED 90-DAY BUDGET, FILED IN SUPPORT OF THEIR MOTION FOR ENTRY OF A FINAL ORDER APPROVING THE USE OF CASH COLLATERAL (ECF 9)** |

Pursuant to the Court's *Fifth Interim Order Authorizing Further Use of Cash Collateral and Granting Adequate Protection* [ECF 273], debtors and debtors-in-possession Aspen Lakes Golf Course, L.L.C. ("**Aspen Lakes**"), Aspen Investments, L.L.C. ("**Aspen Investments**"), and Wildhorse Meadows,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aspen Lakes Golf Course, L.L.C. (4205), Aspen Investments, L.L.C. (8501), and Wildhorse Meadows, LLC (1413).

PAGE 1- **DEBTORS' UPDATED AND EXPANDED 90-DAY BUDGET**

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/143787819.1

Case 18-32265-tmb11    Doc 282    Filed 03/21/19

1  LLC ("*Wildhorse*"), hereby attach and incorporate by reference herein as Exhibit "A," an updated and

2  expanded 90-Day Budget.

3

4  DATED: March 21, 2019               **PERKINS COIE LLP**

5

6                                      By: */s/ Douglas R. Pahl*
                                           Douglas R. Pahl, OSB No. 950476
7                                          DPahl@perkinscoie.com
                                           Amir Gamliel, CA Bar No. 268121
8                                          (*admitted pro hac vice*)
                                           AGamliel@perkinscoie.com
9                                          1120 N.W. Couch Street, 10th Floor
                                           Portland, OR  97209-4128
10                                         Telephone:  503.727.2000
                                           Facsimile:  503.727.2222

11                                      Attorneys for Debtors and Debtors-in-
                                        Possession *Aspen Lakes Golf Course, L.L.C.*
12                                      and *Aspen Investments, L.L.C.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE  2-   **DEBTORS' UPDATED AND EXPANDED 90-DAY BUDGET**

130902-0001/143787819.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Case 18-32265-tmb11    Doc 282    Filed 03/21/19

1  **EXHIBIT A**

2  **BUDGET**

3  See attached.

PAGE  3-  **DEBTORS' UPDATED AND EXPANDED 90-DAY BUDGET**

130902-0001/143787819.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Case 18-32265-tmb11    Doc 282    Filed 03/21/19

# Aspen Lakes Golf Course, Aspen Inv, Wildhorse Meadows

Weekly Cash Flow Forecast (CFF)

| | Data Type | Source | Actual | Actual | Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Weeks Beginning - Mondays | | 01/21/19 | 01/28/19 | 02/04/19 | 02/11/19 | 02/18/19 | 02/25/19 | 03/04/19 | 03/11/19 | 03/18/19 | 03/25/19 | 04/01/19 | 04/08/19 |
| | Weeks Ending - Sundays | | 01/27/19 | 02/03/19 | 02/10/19 | 02/17/19 | 02/24/19 | 03/03/19 | 03/10/19 | 03/17/19 | 03/24/19 | 03/31/19 | 04/07/19 | 04/14/19 |
| | Week | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | Month | | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 |
| Ledger Blances per G/L - Beg of Week | | A1.1 | 32,543 | 36,551 | 39,818 | 14,678 | 14,018 | 33 | 373 | 1,383 | 33 | 10,863 | 7,833 | 593 |
| **RECEIPTS (C/R) - SOURCES** | | | | | | | | | | | | | | |
| r1 | Golf Course Receipts | S2.12 | 5,284 | 4,279 | - | 500 | 75 | 30 | 3,800 | 10,000 | 7,000 | 9,000 | 7,000 | 7,000 |
| r2 | Restaurant Receipts | S2.12 | 1,689 | 8,435 | - | 2,200 | - | - | - | 5,500 | - | - | - | - |
| r3 | Event Receipts | S2.12 | 100 | - | - | 4,500 | - | - | - | - | 13,000 | - | - | - |
| r4 | Misc Receipts | | - | 10,724 | - | - | - | - | - | - | - | - | - | - |
| r5 | Other Cash Receipts (including Capital Calls, if any) | S3.1 | - | 720 | 15,000 | - | 4,100 | 13,000 | 39,000 | 15,250 | - | - | 36,000 | 1,700 |
| **Total Cash Receipts** | | | **7,073** | **24,158** | **15,000** | **7,200** | **4,175** | **13,030** | **42,800** | **30,750** | **20,000** | **9,000** | **43,000** | **8,700** |
| **DISBURSEMENTS (C/D) - USES** | | | | | | | | | | | | | | |
| *Golf Course Operations* | | | | | | | | | | | | | | |
| d1 | Advertising | S1.1 | - | - | - | - | - | - | - | 1,690 | - | - | - | - |
| d2 | Repairs/Maint/Supplies/COGS | S1.1 | - | - | - | - | 8,760 | 1,320 | 5,410 | 3,950 | - | - | 6,600 | 2,100 |
| d3 | Utils/Fuel/Chemicals | S1.1 | - | - | - | - | - | 460 | - | 3,310 | 500 | 660 | - | 1,310 |
| d4 | Other - Golf | S1.1 | - | - | 3,948 | 1,240 | - | 2,250 | 60 | 1,270 | - | 10 | 830 | 570 |
| Subtotal Golf Course Operations | | | - | - | 3,948 | 1,240 | 8,760 | 4,030 | 5,470 | 10,220 | 500 | 670 | 7,430 | 3,980 |
| *Restaurant & Events (F&B)* | | | | | | | | | | | | | | |
| d5 | F&B COGS | A1.1 | 219 | 1,519 | 157 | - | - | - | 2,040 | 4,810 | - | - | - | 3,330 |
| d6 | Advertising F&B | S1.1 | - | - | - | - | - | - | - | - | - | - | - | - |
| d7 | Repairs/Maint/Supplies | S1.1 | - | - | - | - | - | - | 440 | 1,880 | - | 270 | 20 | 120 |
| d8.1 | Utilities | S1.1 | 219 | 952 | - | - | - | - | - | 1,710 | - | - | - | 1,310 |
| d8 | Other - F&B | S1.1 | 87 | 165 | 115 | 450 | - | - | 240 | 2,400 | 130 | 100 | 1,120 | 540 |
| Subtotal Restaurant & Events (F&B) | | | 526 | 2,636 | 271 | 450 | - | - | 2,720 | 10,800 | 130 | 370 | 1,140 | 5,300 |
| *Admin* | | | | | | | | | | | | | | |
| d10 | Payroll | S1.1 | 2,540 | 10,050 | 7,241 | 2,710 | 7,100 | 7,250 | 7,100 | 8,360 | 8,390 | 8,730 | 15,170 | - |
| d11 | Insurance | S1.1 | - | - | - | 3,460 | 2,300 | - | - | 1,720 | - | 2,260 | - | - |
| d13 | CAPEX & One-time expenditures * | U1.1 | - | - | - | - | - | - | - | - | - | - | - | - |
| d15 | Creditor payments | A1.1 | - | - | 26,500 | - | - | - | 26,500 | - | - | - | 26,500 | - |
| d14 | Other - Admin | S1.1 | - | 2,679 | 1,760 | - | - | 1,410 | - | 1,000 | 150 | - | - | - |
| Subtotal Admin | | | 2,540 | 12,730 | 35,501 | 6,170 | 9,400 | 8,660 | 33,600 | 11,080 | 8,540 | 10,990 | 41,670 | - |
| *Special Admin Fees* | | | | | | | | | | | | | | |
| d9 | Professional Fees & Similar (accrual) | U1.2 | - | - | - | - | - | - | - | - | - | - | - | - |
| d12 | US Trustee Fee (accrual) | U1.1 | - | 5,525 | - | - | - | - | - | - | - | - | - | - |
| d16 | Other - Special Admin | S1.1, U1.1 | - | - | 420 | - | - | - | - | - | - | - | - | - |
| Subtotal Special Admin Fees | | | - | 5,525 | 420 | - | - | - | - | - | - | - | - | - |
| **Total Cash Disbursements** | | | **3,065** | **20,891** | **40,140** | **7,860** | **18,160** | **12,690** | **41,790** | **32,100** | **9,170** | **12,030** | **50,240** | **9,280** |
| **Net Cash Flow** | | | **4,007** | **3,267** | **(25,140)** | **(660)** | **(13,985)** | **340** | **1,010** | **(1,350)** | **10,830** | **(3,030)** | **(7,240)** | **(580)** |
| **Ending cash balance (reconciled to G/L accts)** | | | **36,551** | **39,818** | **14,678** | **14,018** | **33** | **373** | **1,383** | **33** | **10,863** | **7,833** | **593** | **13** |

# Aspen Lakes Golf Course, Aspen Inv, Wildhorse Meadows

Weekly Cash Flow Forecast (CFF)

| | Data Type | Source | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Weeks Beginning - Mondays | | 04/15/19 | 04/22/19 | 04/29/19 | 05/06/19 | 05/13/19 | 05/20/19 | 05/27/19 | 06/03/19 | 06/10/19 | 06/17/19 | 06/24/19 |
| | Weeks Ending - Sundays | | 04/21/19 | 04/28/19 | 05/05/19 | 05/12/19 | 05/19/19 | 05/26/19 | 06/02/19 | 06/09/19 | 06/16/19 | 06/23/19 | 06/30/19 |
| | Week | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| | Month | | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 |
| | Ledger Blances per G/L - Beg of Week | A1.1 | 13 | 933 | 22,134 | 104 | 41,654 | 34,844 | 58,594 | 57,404 | 79,074 | 64,954 | 105,844 |
| | **RECEIPTS (C/R) - SOURCES** | | | | | | | | | | | | |
| r1 | Golf Course Receipts | S2.12 | 28,000 | 25,000 | 22,000 | 25,000 | 39,000 | 29,000 | 45,000 | 42,000 | 34,000 | 48,000 | 26,000 |
| r2 | Restaurant Receipts | S2.12 | 9,000 | 10,000 | 8,000 | 25,000 | 8,000 | 7,500 | 13,000 | 17,000 | 15,000 | 34,000 | 28,000 |
| r3 | Event Receipts | S2.12 | - | - | - | - | - | 7,750 | - | - | 10,000 | 16,000 | 7,500 |
| r4 | Misc Receipts | | - | - | - | - | - | - | - | - | - | - | - |
| r5 | Other Cash Receipts (including Capital Calls, if any) | S3.1 | 1,000 | - | 35,200 | - | - | - | - | - | - | - | - |
| | **Total Cash Receipts** | | **38,000** | **35,000** | **65,200** | **50,000** | **47,000** | **44,250** | **58,000** | **59,000** | **59,000** | **98,000** | **61,500** |
| | **DISBURSEMENTS (C/D) - USES** | | | | | | | | | | | | |
| | *Golf Course Operations* | | | | | | | | | | | | |
| d1 | Advertising | S1.1 | - | - | - | - | - | 1,870 | 850 | - | - | 2,990 | - |
| d2 | Repairs/Maint/Supplies/COGS | S1.1 | 370 | 910 | 1,880 | 3,940 | 1,460 | 2,870 | 4,120 | - | 510 | 19,430 | 2,100 |
| d3 | Utils/Fuel/Chemicals | S1.1 | 1,330 | 30 | - | 250 | 1,400 | 1,790 | 550 | - | - | 9,300 | - |
| d4 | Other - Golf | S1.1 | 30 | 1,430 | 1,440 | 330 | 250 | 380 | 70 | 470 | 1,160 | 1,260 | 120 |
| | Subtotal Golf Course Operations | | 1,730 | 2,370 | 3,320 | 4,520 | 3,110 | 6,910 | 5,590 | 470 | 1,670 | 32,980 | 2,220 |
| | *Restaurant & Events (F&B)* | | | | | | | | | | | | |
| d5 | F&B COGS | A1.1 | 3,700 | 2,960 | 9,250 | 2,960 | 5,640 | 4,810 | 6,290 | 9,250 | 18,500 | 13,140 | - |
| d6 | Advertising F&B | S1.1 | - | - | - | - | - | 890 | - | - | - | 1,190 | - |
| d7 | Repairs/Maint/Supplies | S1.1 | 360 | 1,720 | 940 | 140 | 230 | 1,090 | 200 | 250 | 280 | 540 | 60 |
| d8.1 | Utilities | S1.1 | - | - | - | - | 1,110 | 140 | 1,650 | - | - | 3,260 | - |
| d8 | Other - F&B | S1.1 | 300 | 1,070 | 1,220 | 830 | 3,420 | 1,640 | 590 | 860 | 1,640 | 4,160 | 1,780 |
| | Subtotal Restaurant & Events (F&B) | | 4,360 | 5,750 | 11,410 | 3,930 | 10,400 | 8,570 | 8,730 | 10,360 | 20,420 | 22,290 | 1,840 |
| | *Admin* | | | | | | | | | | | | |
| d10 | Payroll | S1.1 | 30,990 | - | 41,710 | - | 36,850 | - | 44,870 | - | 49,700 | - | 44,210 |
| d11 | Insurance | S1.1 | - | - | 2,260 | - | 3,450 | - | - | - | - | - | - |
| d13 | CAPEX & One-time expenditures * | U1.1 | - | - | - | - | - | - | - | - | - | - | - |
| d15 | Creditor payments | A1.1 | - | - | 26,500 | - | - | - | - | 26,500 | - | - | - |
| d14 | Other - Admin | S1.1 | - | 280 | 2,030 | - | - | 5,020 | - | - | 1,330 | 1,840 | 40 |
| | Subtotal Admin | | 30,990 | 280 | 72,500 | - | 40,300 | 5,020 | 44,870 | 26,500 | 51,030 | 1,840 | 44,250 |
| | *Special Admin Fees* | | | | | | | | | | | | |
| d9 | Professional Fees & Similar (accrual) | U1.2 | - | - | - | - | - | - | - | - | - | - | - |
| d12 | US Trustee Fee (accrual) | U1.1 | - | 5,399 | - | - | - | - | - | - | - | - | - |
| d16 | Other - Special Admin | S1.1, U1.1 | - | - | - | - | - | - | - | - | - | - | - |
| | Subtotal Special Admin Fees | | - | 5,399 | - | - | - | - | - | - | - | - | - |
| | **Total Cash Disbursements** | | **37,080** | **13,799** | **87,230** | **8,450** | **53,810** | **20,500** | **59,190** | **37,330** | **73,120** | **57,110** | **48,310** |
| | **Net Cash Flow** | | **920** | **21,201** | **(22,030)** | **41,550** | **(6,810)** | **23,750** | **(1,190)** | **21,670** | **(14,120)** | **40,890** | **13,190** |
| | **Ending cash balance (reconciled to G/L accts)** | | **933** | **22,134** | **104** | **41,654** | **34,844** | **58,594** | **57,404** | **79,074** | **64,954** | **105,844** | **119,034** |