Douglas Pahl OR Bar No. 950476
DPahl@perkinscoie.com
Amir Gamliel CA Bar No. 268121
(*admitted pro hac vice*)
AGamliel@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel for Debtors and Debtors-in-Possession *Aspen Lakes Golf Course, L.L.C.* and *Aspen Investments, L.L.C.*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | |
| ASPEN LAKES GOLF COURSE, L.L.C., | Case No. 18-32265-tmb11 |
| ASPEN INVESTMENTS, L.L.C., and | Case No. 18-32266-tmb11 |
| WILDHORSE MEADOWS, LLC, | Case No. 18-32267-tmb11 |
| Debtors.[1] | Jointly Administered Under Case No. 18-32265-tmb11 |
| | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on April 24, 2019, they caused the following documents to be served via U.S. Mail to the parties listed on the respective attached service list and further caused each of the following documents to be served on all CM/ECF participants listed on the respective attached service list via the CM/ECF system upon the document's respective date of filing or entry by the Court:

1. *Third Motion to Extend the Debtors' Exclusive Periods to File a Plan of Reorganization and Obtain Acceptances Thereof and Memorandum of Points and Authorities in Support Thereof* (Dkt. No. 289; filed April 23, 2019);

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aspen Lakes Golf Course, L.L.C. (4205), Aspen Investments, L.L.C. (8501), and Wildhorse Meadows, LLC (1413).

PAGE 1- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/144196880.1

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

2. *Third Motion to Extend Time for Debtors to Assume and Assign Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)(B)(ii); Memorandum of Points and Authorities in Support Thereof* (Dkt. No. 290; filed April 23, 2019).

DATED: April 24, 2019 **PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Amir Gamliel CA Bar No. 268121
*(admitted pro hac vice)*
AGamliel@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel for Debtors and Debtors-in-Possession
*Aspen Lakes Golf Course, L.L.C.* and *Aspen Investments, L.L.C.*

PAGE 2- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/144196880.1

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

**Served via CM/ECF filing system:**

GT Capital, LLC
c/o Bradley S. Copeland
Andrew P Parks
800 Willamette Street, Suite 800
Eugene, OR 97401-2996

Lewis Hanson and Company, Inc.
120 Hickory St. NW
Albany, OR 97321

US Trustee, Portland
620 SW Main St #213
Portland, OR 97205

Wildhorse Meadows, LLC
16900 Aspen Lakes Dr.
Sisters, OR 97759

Matthew Cyrus
16925 Green Drake Ct.
Sisters, OR 97759-9617

McDonald Wholesale
c/o The Scott Law Group
2350 Oakmont Way, Ste. 106
Eugene, OR 97401

J. R. Simplot Company dba Simplot Partners
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701

**Served via U.S. Mail First Class:**

1-2-1 Marketing
151 N Maitland Ave, #948193
Maitland, FL 32751

1859 Media
70 SW Century Dr., #100
PMB 335
Bend, OR 97702

Absolute Fire Protection, LLC
PO Box 6392
Bend, OR 97708

Aloha Produce
20576 Painter Street
Bend, OR 97701

Antigua Group, Inc.
PO Box 5300
Peoria, AZ 85385-5300

Aspen Lakes Utility
16900 Aspen Lakes Drive
Sisters, OR 97759

Barnes Quality Pest Control Inc
1030 S.E. 3rd #6
Bend, OR 97702

Battery Systems
12322 Monarch Street
Garden Grove, CA 92841

Baxter Auto Parts-ALGC
9444 N Whitaker Road
Portland, OR 97217

Bend Broadband
PO Box 628396
Middleton, WI 53562-3675

Continental Western Group
PO Box 1594
Des Moines, IA 50306-1594

Bigfoot Beverages
2440 NE 4th St
Bend, OR 97701

PAGE  3-   CERTIFICATE OF SERVICE

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/144196880.1

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

| | | |
|---|---|---|
| Black Butte Ranch<br>P. O. Box 8000<br>Sisters, OR 97759 | Bridgestone Golf, Inc.<br>P.O. Box 2908<br>Carol Stream, IL 60132-2908 | Callaway Golf Company<br>P.O. Box 9002<br>Carlsbad, CA 92018-9002 |
| Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, Illinois 60693-0149 | Cascade Business News<br>404 NE Norton Ave.<br>Bend, OR 97701 | Cascade Heating & Specialties, Inc.<br>1507 N.E. First, Suite A<br>Bend, OR 97701 |
| Cascade Pump & Irrigation<br>62967 Layton Avenue<br>Bend, OR 97701 | Cascade Subscription Service, Inc.<br>PO Box 75089<br>Seattle, WA 91875-0089 | Central Oregon Visitors Association<br>PO Box 4489<br>Sunriver, OR 97707 |
| Central Electric Coop<br>PO Box 846<br>Redmond, OR 97756-0187 | Central Oregon Brochures<br>P.O. Box 1415<br>Bend, OR 97709 | Childers Meat, Inc.<br>P.O. Box 41058<br>Eugene, OR 97404 |
| Cascade Wedding Show<br>f/k/a Central Oregon Wedding & Event Show<br>704 NW Georgia Avenue<br>Bend, OR 97703 | Central Oregon Weddings<br>20539 Dorchester West<br>Bend, OR 97702 | Matt & Kelly Cyrus<br>16925 Green Drake Ct.<br>Sisters, OR 97759-9617 |
| Cobra Puma Golf<br>1818 Ashton Ave.<br>Carlsbad, CA 92008 | CIT Group/Commercial Services, Inc.<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | Copiers Northwest<br>601 Dexter Ave. N<br>Seattle, WA 98109 |
| Cash Register Systems<br>365 NE Greenwood Ave., Ste. 2<br>Bend, OR 97701 | Columbia Distributing<br>20735 NE High Desert Lane<br>Bend, OR 97701 | Oregon Department of Justice<br>4600 25th Ave NE Ste 180<br>Salem, OR 97301 |
| Eberhard's Dairy Products<br>P.O. Box 845<br>Redmond, OR 97756 | Day Wireless Systems<br>P.O. Box 22169<br>Milwaukie, OR 97269 | Eagle Crest Resort<br>1522 Cline Falls Hwy<br>Redmond, OR 97756 |

PAGE 4- CERTIFICATE OF SERVICE

130902-0001/144196880.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 18-32265-tmb11 Doc 292 Filed 04/24/19

| | | |
|---|---|---|
| Epoch Eyewear<br>P.O. Box 1973<br>Monument, CO 80132 | Deschutes County Tax Collector<br>1300 NW Wall St. Suite 200<br>Bend, OR 97701 | Ed Staub & Sons<br>P.O. Box 1244<br>Redmond, OR 97756 |
| Farleigh Wada Witt Attorneys<br>121 S.W. Morrison Street<br>Suite 600<br>Portland, OR 97204-3136 | Ecolab<br>24198 Network Place<br>Chicago, IL 60673-1241 | EWGA<br>PO Box 2114<br>Bend, OR 97709 |
| Folds of Honor Foundation<br>8551 N. 125th East Ave.<br>Suite 100<br>Owaso, OK 74055 | Lewis Hanson and Company, Inc.<br>P.O. Box 766<br>Albany, OR 97321-0262 | Florida State Disbursement Unit<br>PO Box 8500<br>Tallahassee, FL 32314-8500 |
| George's Septic Tank Service<br>P.O. Box 867<br>Sisters, OR 97759 | Food Services of America<br>P.O. Box 3929<br>Portland, OR 97208-3929 | Franz Bakery<br>P.O. Box 742654<br>Los Angeles, CA 90074-2654 |
| Golf Marketing Concepts<br>515 NW Saltzman Road #792<br>Portland, OR 97229 | Golden West Industrial Supply<br>2180 Agate Court<br>Simi Valley, CA 93065 | Golf Course Superintendent Assoc.<br>PO Box 1556<br>Oregon City, OR 97045 |
| H.D. Fowler Company<br>P.O. Box 84368<br>Seattle, WA 98124-5668 | Golf Scorecards, Inc.<br>9735 SW Sunshine CT Suite 700<br>Beaverton, OR 97005 | GolfBoard<br>61239 Tetherow Dr. #211<br>Bend, OR 97702 |
| Hooker Creek Companies LLC<br>P.O. Box 432<br>Bend, OR 97709 | High Country Disposal<br>P.O. Box 296<br>Redmond, OR 97756 | High Desert Auto Parts-NAPA<br>2250 S Hwy 97<br>Redmond, OR 97756 |
| Les Schwab<br>P.O. Box 2209<br>Sisters, OR 97759 | Imperial Headwear Inc.<br>PO Box 775338<br>Chicago, IL 60677 | Inside Golf Newspaper<br>PO Box 1890<br>Port Townsend, WA 98368 |

PAGE 5- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/144196880.1

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

| | | |
|---|---|---|
| Metolius Enterprises<br>P.O. Box 534<br>Sisters, OR 97759 | John Deere Financial<br>P.O. Box 660<br>Johnston, WA 50131 | Mission Linen Supply<br>1405 N.E. 1st Street<br>Bend, OR 97701 |
| NGCOA<br>291 Seven Farms Drive<br>Charleston, SC 29492-9925 | Mid-State Fertilizer<br>P.O. Box 488<br>Redmond, OR 97756 | Keeton-King Construction<br>18159 Hwy 126<br>Sisters OR 97759 |
| Nugget Newspaper<br>P.O. Box 698<br>Sisters, OR 97759 | KC Ranch LLC<br>17204 Hwy 126<br>Sisters OR 97759 | GT Capital LLC<br>101 N Main Ave Ste 325<br>Sioux Falls, SD 57104-6411 |
| OGCSA<br>P.O. Box 1556<br>Oregon City, OR 97045 | Oakley<br>PO Box 740964<br>Los Angeles, CA 90074-0964 | Oregon Department of Revenue<br>955 Center Street NE<br>Salem, OR 97309-5018 |
| Oregon Department of Ag<br>PO Box 4395, Unit 17<br>Portland, OR 97208-4395 | OLCC<br>P.O.Box 22297<br>Milwaukie, OR 97269 | Oregon Equipment Service Corp.<br>180 NE Irving Ave.<br>Bend, OR 97701 |
| Oregon Dept. of Consumer Business Service<br>PO Box 14610<br>Salem, OR 97309-0445 | Oregon Department of Justice<br>4600 25th Ave NE Ste 180<br>Salem, OR 97301 | Oregon Travel Experience<br>1500 Liberty St. SE Suite 150<br>Salem, OR 97302 |
| Oregon Golf Association<br>2840 Hazelnut Drive<br>Woodburn, Oregon 97071 | Oregon Employment Department<br>PO Box 4395 Unit 02<br>Portland, OR 97208-4395 | Pamela Mitchell Reimbursement<br>69339 Hinkle Butte<br>Sisters, OR 97759 |
| ORLA<br>8565 SW Salish Lane #120<br>Wilsonville, OR 97070 | Oregon Secretary of State<br>P.O. Box 4353<br>Portland, OR 97208-4353 | Pitney Bowes Lease<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 |

PAGE 6- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/144196880.1

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

| | | |
|---|---|---|
| Pelzer Golf Supplies<br>12717 SE Carpenter Dr<br>Clackamas, OR 97015 | Otis Elevator<br>5500 Village Blvd.<br>West Palm Beach, FL 33458 | Platt Electric<br>14951 Sallas Parkway<br>Dallas, TX 75254 |
| Pitney Bowes<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | PGA of America<br>P.O. Box 31089<br>Palm Beach Gardens, FL 33420-1089 | Prestige Flag<br>591 Camino de la Reina Ste. 917<br>San Diego, CA 92108 |
| Point Blank Distributing<br>2185 NE 2nd Street<br>Bend, OR 97701 | Platt<br>P.O. Box 418759<br>Boston, MA 02241-8759 | Quality Heating<br>PO Box 189<br>Redmond OR 97756 |
| ProActive Sports, Inc<br>1200 SE 2nd Ave.<br>Canby, OR 97013 | Pony Express<br>P.O. Box 3500<br>Sisters, OR 97759 | Range Servant America Inc.<br>3000 Center Place, Suite 300<br>Norcross, GA 30093 |
| R&R Products, Inc.<br>3334 East Milber Street<br>Tucson, Arizona 85714 | Professional Credit Services<br>PO Box 7548<br>Springfield, OR 97475 | Rogue 5 Media Inc.<br>1574 Coburg Road, #206<br>Eugene, OR 97401 |
| Redmond Chamber of Commerce<br>446 S.W. Seventh Street<br>Redmond, OR 97756 | Ranch Country Outhouses<br>P.O. Box 867<br>Sisters, OR 97759 | Sisters Aggregate & Construction<br>17204 Hwy 126<br>Sisters, OR 97759 |
| SecureCom, Inc.<br>1940 Don Street, Suite 100<br>Springfield, OR 97477-5911 | Rodney Rice, CPA<br>120 Hickory St. NW<br>Albany, OR 97321 | Sisters Rodeo Association<br>P.O. Box 1018<br>Sisters, OR 97759 |
| Kay & Leonard Knott<br>PO Box 2422<br>Sisters, OR 97759 | SAIF Corporation<br>400 High Street SE<br>Salem, OR 97312-1520 | Sussman Shank LLP<br>1000 Southwest Broadway, Suite 1400<br>Portland, OR 97205 |

PAGE  7-   CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/144196880.1

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

| | | |
|---|---|---|
| Specialty Cigars<br>109 NW Greenwood Ave, Suite #105<br>Bend, OR 97703 | Simplot Partners<br>11600 NE Marx Street<br>Portland, OR 97220 | Taylor Made Golf Company, Inc.<br>29516 Network Place<br>Chicago, IL 60673-1295 |
| Sweeney Plumbing, Inc<br>P.O. Box 2063<br>Sisters, OR 97759 | Sisters Rental<br>P.O. Box 781<br>Sisters, OR 97759 | Thanks for Holding<br>1574 Coburg Rd #401<br>Eugene, OR 97401 |
| TCF Equipment Finance<br>PO Box 77077<br>Minneapolis, MN 55480-7777 | Srixon/Cleveland Golf<br>P.O. Box 123355<br>Dallas, TX 75312-3355 | Titleist - Acushnet Company<br>P.O.Box 88112<br>Chicago, IL 60695-1112 |
| The Mountain Group, LLC<br>P.O. Box 453<br>Camp Sherman, OR 97730 | Sysco Food Services<br>P.O. Box 2210<br>Wilsonville, OR 97070 | U.S. Cellular<br>P.O. Box 0205<br>Palatine, IL 60055-0205 |
| Triple C Farms<br>16925 Green Drake Court<br>Sisters, OR 97759 | Tee-on Golf Systems Inc.<br>111 Waterloo Street, Suite 604<br>London, Ontario N6B 2M4 | Varsity Communications, Inc.<br>4114 198th St. SW, Ste. 5<br>Lynnwood, WA 98036 |
| ULine<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | Thermo King Northwest, Inc.<br>P.O. Box 94098<br>Seattle, WA 98124-9498 | Western Equipment Dist. Inc.<br>PO Box 45621<br>San Francisco, CA 94145-0621 |
| Western Beverage Company<br>1075 Owen Loop S.<br>Eugene, OR 97402 | Turf Star, Inc.<br>PO Box 45621<br>San Francisco, CA 94145-0621 | X-Press Printing<br>P.O. Box 904<br>Sisters, OR 97759 |
| Wilbur-Ellis Company<br>1101 North Agronne Street<br>Suite 213<br>Spokane, WA 99208 | USGA<br>P.O. Box 5008<br>Hagerstown, MD 21741-5008 | Bartnik, Gage<br>19115 Choctaw Rd<br>Bend, OR 97702 |

PAGE 8- CERTIFICATE OF SERVICE

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/144196880.1

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

| | | |
|---|---|---|
| Sykes R. Mitchell<br>17204 Hwy 126<br>Sisters, OR 97759-9714 | Western Communications<br>PO Box 6020<br>Bend, OR 97708 | Carmack, Cody R<br>65235 76th<br>Bend, OR 97701 |
| Berg, Jack E<br>PO Box 1030<br>Sisters, OR 97759 | Wild Horse Meadows<br>16900 Aspen Lakes Drive<br>Sisters, OR 9759 | Eagan, Bradley E<br>15945 Pilot Drive<br>Sisters, OR 97759 |
| Chamberlin, Diana<br>14590 Mountain View Loop<br>Sisters, OR 97759 | Anderson, Maddison M<br>1121 E Timber Pine Drive<br>Sisters, OR 97759 | Garland, Derek<br>1557 SW 25th St<br>Redmond, OR 97756 |
| Cyrus, William M.<br>16925 Green Drake Dr.<br>Sisters, OR 97759 | Sisters Aggregate & Construction, L.L.C.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759-9623 | Greener, Joel E<br>480 NW 16th Place<br>Redmond, OR 97756 |
| US Attorney General<br>Department of Justice<br>10th & Constitution NW<br>Washington DC 20530-0001 | Daley, Alexandria M<br>1015 NW Roanoke Av. Apt 8<br>Bend, OR 97703 | Head, Sydney E<br>69350 Greenridge Loop<br>Sisters, OR 97759 |
| Securities & Exchange Com.<br>SEC Attn: Bankruptcy Counsel<br>444 S. Flower St. #900<br>Los Angeles, CA 90071-2934 | Fowler, Brian G.<br>418 SE Airpark Dr.<br>Bend, OR 97701 | ODR Bkcy<br>955 Center St NE<br>Salem, OR 97301-2555 |
| Oregon Attorney General<br>Department of Justice<br>1162 Court St NE<br>Salem, OR 97301-4096 | Green, Sage T.G.<br>180 NW 27th Ct<br>Redmond, OR 97756 | Hull, Jennifer<br>2020 NE Linea Drive 168Q<br>Bend, OR 97701 |
| Deschutes County<br>Deschutes Services Building<br>1300 NW Wall St.<br>Bend OR 97703 | Hawes, Colby A<br>224 SE 5th<br>Redmond, OR 97756 | Jordan, Destiny D<br>1747 NE 7th Street<br>Redmond, OR 97756 |

PAGE 9- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

| | | |
|---|---|---|
| Horner, Ty D<br>14861 Crupper<br>Sisters, OR 97759 | Tracy Orr<br>69280 Goodrich Road<br>Sisters OR 97759 | Knapp, Lena A.<br>1110 SW 31st B<br>Redmond, OR 97756 |
| Hummel, Sierra B<br>PO Box 282<br>Sisters, OR 97759 | Houck, Stephen L<br>3560 NW Ice Ave.<br>Terrebonne, OR 97759 | Destiny R. Wright<br>1900 NW 101st St.<br>Redmond, OR 97756 |
| Knapp, Darrell E.<br>1110 S. W. 31st "B"<br>Redmond, OR 97756 | Tom & Linda Hespe<br>17427 Forked Horn Dr.<br>Sisters OR 97759 | Sandy Bowe<br>14467 Pole Ct<br>Sisters OR 97759 |
| Knudsen, Alyssa J<br>67035 Rock Island Ln.<br>Bend, OR 97703 | Knapp, Joshua M.<br>1110 SW 31st Unit B<br>Redmond, OR 97756 | Montecinos, Nancy<br>1100 E Highway 20 Spc 2A<br>Sisters, OR 97759 |
| Mahurin., Joy<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | Kramer, Christifer R<br>2968 SW Obsidian Ln.<br>Redmond, OR 97756 | Nicklous, Samuel J<br>18365 Fryrear Ranch Rd<br>Bend, OR 97703 |
| McCain-Aldrich, Michael<br>PO Box 1403<br>Sisters, OR 97759 | Mallory, Valerie J<br>1858 NE 7th St.<br>Redmond, OR 97756 | Nicole Webb and Cary<br>2019 Oak St. # C<br>Santa Monica CA 90405 |
| Nance, Pam S.<br>7465 NW Eagle Dr.<br>Redmond, OR 97756 | Mitchell, Pamela K<br>69339 Hinkle Butte<br>Sisters, OR 97759 | Rush, Isaiah P<br>1255 W. McKinney Butte Rd<br>Bldg A<br>Sisters, OR 97759 |
| Peplin, Joshua G<br>1310 NW 57th St<br>Redmond, OR 97756 | Nickalaus A. Newport<br>PO Box 9<br>Sisters, OR 97759 | Staggs, Roger A<br>19115 Choctaw Rd<br>Bend, OR 97702 |

PAGE 10- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

130902-0001/144196880.1

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

| | | |
|---|---|---|
| Nicole Cicero<br>266 Burns Street<br>Forest Hills NY 11375 | Perepchuk, Jordan P<br>232 NW Fir Avenue<br>Redmond, OR 97756 | Ulam, Keith R<br>3343 NW Cedar Ave<br>Redmond, OR 97756 |
| Schlemmer, Austin E<br>596 Ne Brush Ct<br>Bend, OR 97701 | Rose, Gary<br>10129 Middle Ridge Dr<br>Las Vegas, NV 89134 | Walker, Kevin R<br>68710 Willow Lane<br>Sisters, OR 97759 |
| Julianne M. Thibodeau<br>335 SE Roosevelt Ave., Unit 38<br>Bend, OR 97702 | Staggs, Dale A<br>19115 Choctaw Rd<br>Bend, OR 97702 | Whitley, Seth A<br>4035 SW Majestic Avenue<br>Redmond, OR 97756 |
| Valder, Jonathan P<br>16952 Royal Coachman Dr.<br>Sisters, OR 97759 | Tomlinson, Aaron<br>520 NE Dalton St # G202<br>Bend, OR 97701 | Mandy L Smith<br>1921 E 50th Court<br>Terre Haute, IN 47802 |
| Weisman, Wyatt F<br>982 NW Madras Hwy<br>Prineville, OR 97754 | Van Amburgh, Micaela L<br>14911 Snaffelbit<br>Sisters, OR 97759 | SB Accounting Solutions<br>Patricia K Olson<br>8327 SW Shad Road<br>Terrebonne, OR 97759 |
| Andrew & Sadaf<br>1895 NW Remarkable Drive<br>Bend OR 97703-5430 | Welch, Jake A<br>1019 Yapoah Crater Drive<br>Sisters, OR 97759 | State of Oregon<br>Corporation Division - UCC<br>255 Capitol Street NE, Suite 151<br>Salem, OR 97310-1327 |
| Vicky Kumle<br>62936 Florence Dr<br>Bend, OR 97701 | Wright, Peyton<br>543 Goshawk Drive<br>Redmond, OR 97756 | Kathryn Perkins<br>U.S. Department of Justice<br>Office of the US Trustee<br>620 SW Main St., #213<br>Portland, OR 97205 |
| Deere Credit, Inc.<br>6400 NW 86TH ST<br>Johnson IA, 50131 | Kelly Cyrus<br>16925 Green Drake Ct.<br>Sisters, OR 97759 | IRS<br>c/o Kathleen Louise Bickers<br>US Attorneys Office<br>1000 SW 3rd Avenue, Suite 600<br>Portland, OR 97204 |

PAGE 11- CERTIFICATE OF SERVICE

130902-0001/144196880.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

Lewis Hanson and Company, Inc.
c/o Erich M Paetsch
POB 470
Salem, OR 97308-0470

GT Capital, LLC
c/o Bradley S. Copeland
Andrew P Parks
800 Willamette Street, Suite 800
Eugene, OR 97401-2996

The Swearingen Group, LLC
4022 SW Wickiup Court
Redmond, OR 97756

McDonald Wholesale
c/o Loren S. Scott
The Scott Law Group
2350 Oakmont Way, Ste 106
Eugene, OR 97401

Liz Fancher, Attorney
644 NW Broadway St
Bend, OR 97701-2622

Ken Yegge
PO Box 950
Redmond OR 97756

Aileen & Tyler Weaver
20456 SW Marimar St.
Beaverton OR 97078

Alyssia Norris
3593 SW Pumica Ave
Redmond OR 97756

U.S. Cellular
1380 SW Canal Blvd
Redmond, OR 97756

Carrie Rosenberg
9309 Sand Verbena Trail NE
Albuquerque NM 87122

High Country Disposal
P.O. Box 296
Redmond OR 97756

Bend Radio Group
345 SW Cyber Dr #101
Bend, OR 97702

Mary & Jeff Weisensee
12006 SE 36th Ave
Milwaukie OR 97222

Mitchell, Nolan B
69339 Hinkle Butte
Sisters OR 97759

Aspen Investments, L.L.C.
16900 Aspen Lakes Dr.
Sisters, OR 97759

Wildhorse Meadows, LLC
16900 Aspen Lakes Dr.
Sisters, OR 97759

Coombe & Jones Dentistry
774 SW Rimrock Way
Redmond, OR 97756

Dan Radatti, Bend
1250 NE 3rd St,
Bend, OR 97701

Keith Cyrus
17204 Hwy 126
Sisters, OR 97759

Carpenter, Corbin
1404 SE 27th St.
Redmond, OR 97756

Essary, Alex
8856 Shad Rd
Terrebonne, OR 97760

Harrer, Janice
14827 Bluegrass Loop
Sisters, OR 97759

Morris, Austin
3113 NE Stonebrook Dr.
Bend, OR 97701

Rollie, Terra
2367 NW Debron Lane
Bend, OR 97701

PAGE 12- CERTIFICATE OF SERVICE

130902-0001/144196880.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

| | | |
|---|---|---|
| Schlemmer, Austin<br>596 NE Brush Ct.<br>Bend OR 97701 | Van Cleave, Meghan<br>1336 SW 27th<br>Redmond, OR 97756 | Black Butte Ranch<br>13899 Bishops Cap<br>Sisters, OR 97759 |
| US Attorney<br>District of Oregon<br>1000 SW 3rd Ave #600<br>Portland, OR 97204-2936 | Schwabe, Williamson & Wyatt Attys.<br>360 SW Bond St # 400<br>Bend, OR 97702 | Hooker Creek<br>616 SW Veterans Way<br>Redmond, OR 97756 |
| Cyrus Living Trust<br>17204 Hwy 126<br>Sisters, OR 97759 | Fred Meyer / Kroger<br>944 SW Veterans Way<br>Redmond, OR 97756 | Mission Linen Supply<br>1331 NE 1st St.<br>Bend, OR 97701 |
| Prestige Flag<br>591 Camino de la Reina #917<br>San Diego, CA. 92108 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Employment Department<br>875 Union St NE<br>Salem OR 97311-0800 |
| Varsity Communications, Inc.<br>4114 198th Street SW, Ste 5<br>Lynnwood, WA 98036 | Cascade Publications<br>404 NE Norton Ave<br>Bend, OR 97701 | Horizon Broadcasting Group<br>854 NE 4th St<br>Bend, OR 97701 |
| Triple C Farms<br>16925 Green Drake Court<br>Sisters, OR 97759-9617 | Keeton-King Construction<br>18159 Hwy 126<br>Sisters, OR 97759-9772 | Keith Cyrus<br>17204 Hwy 126<br>Sisters, OR 97759 |
| Lewis Hanson and Company, Inc.<br>120 Hickory St. NW<br>Albany, OR 97321-1724 | City of Portland<br>City Attorney's Office<br>1221 SW 4th Ave Rm 430<br>Portland, OR 97204 | Internal Revenue Service<br>1973 Rulon White Blvd.<br>Ogden, UT 84201- 0039 |
| Aspen Lakes Utility Company L.L.C<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759-9623 | Christopher William Lueder<br>PO Box 8973<br>Madison WI 53708-8973 | GT Capital LLC<br>Jennifer Starnes<br>101 N Main Ave, Suite 325<br>Sioux Falls, SD 57104 |

PAGE 13- CERTIFICATE OF SERVICE

130902-0001/144196880.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 18-32265-tmb11    Doc 292    Filed 04/24/19

| Conida E. Cyrus<br>17204 Hwy 126<br>Sisters, OR 97759-9714 | DCBS<br>Fiscal Section<br>350 Winter St NE #300<br>Salem, OR 97301-3880 | Wildhorse Meadows, LLC<br>16900 Aspen Lakes Dr.<br>Sisters, OR 97759 |
|---|---|---|
| Aspen Lakes Golf Course, L.L.C.<br>16900 Aspen Lakes Dr.<br>Sisters, OR 97759 | | |

PAGE 14- CERTIFICATE OF SERVICE

130902-0001/144196880.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 18-32265-tmb11    Doc 292    Filed 04/24/19